# EXHIBIT 1A
# TO MAGLULA LTD.'S COMPLAINT FOR TRADEMARK COUNTERFEITING, TRADEMARK INFRINGEMENT, COPYRIGHT INFRINGEMENT, PATENT INFRINGEMENT, AND UNFAIR COMPETITION



**ADDUCI  MASTRIANI**
**& SCHAUMBERG LLP**

ATTORNEYS AT LAW
1133 CONNECTICUT AVENUE, N.W.  WASHINGTON, DC 20036
Tel:(202) 467-6300   Fax:(202) 466-2006   Web:www.adduci.com

December 6, 2016

V JAMES ADDUCI II
LOUIS S MASTRIANI
TOM M SCHAUMBERG
DEANNA TANNER OKUN
WILL E LEONARD
MUNFORD PAGE HALL II
MICHAEL L DOANE
SARAH E HAMBLIN
WILLIAM C SJOBERG
JONATHAN J ENGLER
DAVID H HOLLANDER JR
PAUL M BARTKOWSKI
SETH A WATKINS PhD
DANIEL F SMITH
ASHA ALLAM
BEAU JACKSON
THOMAS R BURNS JR
ROWAN M DOUGHERTY
EVAN H LANGDON
LAUREN E PETERSON
JAMES TON-THAT
MICHAEL R DOMAN JR

OF COUNSEL
JOHN C STEINBERGER

HARVEY B FOX (1941-2010)

AFFILIATE
AM&S TRADE SERVICES LLC
CARLOS MOORE, PRESIDENT

**VIA FEDERAL EXPRESS**

Amazon.com, Inc.
410 Terry Ave N
Seattle, WA 98109

      Re:    Notice of Possible Infringement of United States Patent
                Nos. 7,637,048 and 7,503,138

To Whom It May Concern:

    We represent Maglula Ltd. ("Maglula") in intellectual property matters, including protection of its United States intellectual property rights.  Maglula is the legal owner of United States Patent Nos. 7,637,048 ("the '048 Patent") and 7,503,138 ("the '138 Patent").  Copies of these patents are attached as Exhibit 1.  Maglula also holds copyright rights in its operating instructions.  Maglula is currently selling its UpLULA™ Universal Pistol Magazine Loader and Unloader in the United States, which embodies the inventions claimed in the '138 Patent and the '048 Patent (collectively, the "Patents at issue").

    It has come to Maglula's attention that Amazon.com, Inc. ("Amazon") is directly offering for sale and selling 9mm to .45ACP Universal Speed Loader and Unloaders (the "Infringing Loaders") in the United States through its website www.amazon.com.  Amazon is also facilitating and/or permitting the sale of Infringing Loaders by various entities and individuals by (1) permitting such Infringing Loaders to remain available for purchase on www.amazon.com despite Maglula reporting numerous listings on www.amazon.com as infringing products; and (2) stocking, fulfilling orders for, and shipping Infringing Loaders through its distribution centers in the United States.  Maglula has been actively policing www.amazon.com for Infringing Loaders.  To date, Maglula has reported infringing listings on at least ten separate occasions, covering at least twenty different ASIN listings.  Those efforts have resulted in only nine listings being permanently removed from www.amazon.com.  In fact, certain listings remained on www.amazon.com even after the seller notified Amazon that it has discontinued selling the Infringing Loaders.  In that instance, the listing remained available for a number of days and said that the Infringing Loader was being sold and shipped directly by Amazon.  A copy of that listing is attached as Exhibit 2.  The Infringing Loaders offered for sale and sold by Amazon and sold by various entities and individuals on www.amazon.com are substantially identical in parts, construction, and function to the UpLULA™ Universal Pistol Magazine Loader and Unloader,

Amazon.com, Inc.
December 6, 2016
Page 2

and therefore infringe the invention(s) and method(s) protected by the '138 Patent and '048 Patent.

Moreover, Amazon is advertising, offering for sale, and offering for sale the Infringing Loaders by using pictures of genuine Maglula UpLULA™ Universal Pistol Magazine Loader and Unloaders, by listing the Infringing Loaders as being Maglula brand products, and by using Maglula's trademarked name, UpLULA™.  All of these constitute false advertising and/or false designation of origin likely to confuse consumers into thinking they are purchasing genuine Maglula UpLULA™ Universal Pistol Magazine Loader and Unloaders.  Those, orders, however, many of which are fulfilled and shipped directly by Amazon, are for Infringing Loaders, resulting in significant harm to Maglula.

Maglula demands that Amazon immediately discontinue advertising, offering for sale, filling orders for, and selling the Infringing Loaders and any other loaders with similar structure and operation, including immediately and permanently removing the following listings for Infringing Loaders from www.amazon.com:

- ASIN: B01IC3TEG2
- ASIN: B01JTQSHZ0
- ASIN: B00AK87ZT6
- ASIN: B00AK882M0
- ASIN: B019D8V4WM
- ASIN: B00A8EK88W
- ASIN: B0169PR7I2
- ASIN: B01AAUPQQW
- ASIN: B01KLD0F9Q
- ASIN: B01LXRCHCN
- ASIN: B01M09KQ27

Maglula also asks that you identify the quantity of Infringing Loaders you have sold to date, and the revenue derived from those sales.  Finally, Maglula asks that you identify the name and address of all manufacturers, suppliers, and/or distributors of the Infringing Loaders.

Amazon.com, Inc.
December 6, 2016
Page 3

   We provide below, a chart providing a side-by-side comparison of independent claims 1 of the '138 Patent and '048 Patent to an Infringing Loader.

| '048 Claim 1 elements | Amazon's 9mm to .45ACP Speed Loader |
|---|---|
| An accessory for facilitating the loading of rounds into a firearm magazine wherein the magazine has an open top side with lips and which holds one or more columns of rounds therein and feeds rounds into the open top side of the magazine; | The instructions that we understand accompany the Infringing Loader indicate it is an "All-in-one universal pistol mag. loader and unloader":  The Infringing Loader facilitates loading rounds into a firearm magazine having an open top side with lips and which holds one or more columns of rounds therein and feeds rounds into the open top side of the magazine:  |

Amazon.com, Inc.
December 6, 2016
Page 4

| | |
|---|---|
| comprised of a hollow body shaped and sized to fit over the open top side of the magazine, and having an open bottom that can accept the magazine when the top side of the magazine is inserted into the open bottom. The hollow body has a plurality of sides extending up from the open bottom; | The Infringing Loader is comprised of a hollow body shaped and sized to fit over the open top side of the magazine, and having an open bottom that can accept the magazine when the top side of the magazine is inserted into the open bottom. The hollow body has a plurality of sides extending up from the open bottom:<br><br> |
| having a press coupled to one of the sides of the body so that the press can be moved between first and second positions, the first position being relatively distant from the side of the body and the second position being relatively close to the one side of said body; | The Infringing Loader has a press coupled to one of the sides of the body so that the press can be moved between first and second positions, the first position being relatively distant from the side of the body and the second position being relatively close to the one side of said body:<br><br><br><br>(Shown in first position) |

Amazon.com, Inc.
December 6, 2016
Page 5

| | |
|---|---|
| | The instructions that we understand accompany the Infringing Loaders indicate that it can be moved between the first and second position:<br><br> |
| having a plunger coupled to the press, which projects from the press and has a free end; | The Infringing Loader has a plunger coupled to the press, which projects from the press and has a free end:<br><br> |

Amazon.com, Inc.
December 6, 2016
Page 6

| | |
|---|---|
| wherein the press and the plunger are arranged so that when the press is in the first position, the plunger is substantially clear from the open top side of the magazine so that the magazine can urge any round or rounds into the open top side of the magazine; | The press and the plunger in the Infringing Loader are arranged so that when the press is in the first position, the plunger is substantially clear from the open top side of the magazine so that the magazine can urge any round or rounds into the open top side of the magazine:<br><br> |
| wherein the press and the plunger are also arranged so that when the press is moved from the first to second position, the plunger will move over the open top side of the magazine so that when the hollow body is pushed down on the magazine, the free end of the plunger will push down any round or rounds in the magazine and create a vacant space at the open top side of the magazine below the lips and above the plunger; | The press and the plunger in the Infringing Loader are also arranged so that when the press is moved from the first to second position, the plunger will move over the open top side of the magazine so that when the hollow body is pushed down on the magazine, the free end of the plunger will push down any round or rounds in the magazine and create a vacant space at the open top side of the magazine below the lips and above the plunger:<br><br> |

Amazon.com, Inc.
December 6, 2016
Page 7

|  | <br><br>(indicating how the Infringing Loader operates to push down any round or rounds in the magazine and create a vacant space at the open top side of the magazine below the lips and above the plunger) |
|---|---|
| wherein the press and the plunger are also arranged so that when the press is moved from the second to first position, the plunger will move away so as to be clear from the open top side of the magazine; | The press and the plunger in the Infringing Loader are also arranged so that when the press is moved from the second to first position, the plunger will move away so as to be clear from the open top side of the magazine:<br><br><br><br>(Shown in first position with the plunger clear from the open top side of the magazine) |

Amazon.com, Inc.
December 6, 2016
Page 8

| | |
|---|---|
| wherein the accessory is arranged so that when the hollow body is fitted over the magazine, the press can be moved between the first and second positions, such that in the first position, the plunger will be away from the open top side of the magazine, and in the second position, the plunger will be over the open top side of the magazine and the hollow body can be pushed further onto the magazine to push a topmost round in the magazine away from the open top side of the magazine to facilitate loading of a new round into the vacant space above the plunger; | The Infringing Loader is arranged so that when the hollow body is fitted over the magazine, the press can be moved between the first and second positions, such that in the first position, the plunger will be away from the open top side of the magazine, and in the second position, the plunger will be over the open top side of the magazine and the hollow body can be pushed further onto the magazine to push a topmost round in the magazine away from the open top side of the magazine to facilitate loading of a new round into the vacant space above the plunger:<br><br> |
| wherein the accessory is further arranged so that when the new round is in the magazine above the plunger and below the lips of the magazine, and when the press is moved to the first position, the plunger is extracted from below the new round, and any round in the magazine is urged against the open top side of the magazine, thereby facilitating loading of rounds into the magazine easily and painlessly. | The Infringing Loader is further arranged so that when the new round is in the magazine above the plunger and below the lips of the magazine, and when the press is moved to the first position, the plunger is extracted from below the new round, and any round in the magazine is urged against the open top side of the magazine, thereby facilitating loading of rounds into the magazine easily and painlessly:<br><br> |

Amazon.com, Inc.
December 6, 2016
Page 9

| '138 Claim 1 elements | FOT's 9mm to .45ACP Speed Loader |
|---|---|
| A mechanism for facilitating the aligning of an open side of a firearm magazine inserted into a magazine loader with respect to a projecting member or plunger of the loader which is arranged to force a topmost round in the magazine further inside the magazine so that a new round can be inserted; | The Infringing Loader has a mechanism for facilitating the aligning of an open side of a firearm magazine inserted into a magazine loader with respect to a projecting member or plunger of the loader which is arranged to force a topmost round in the magazine further inside the magazine so that a new round can be inserted:<br> |
| including an inverted V-shaped member having two inclined-apart spaced legs or wings coupled together, the upper parts of the wings being closer than their bottom ends when the inverted V-shaped member is seen in its inverted V-shaped configuration; | The Infringing Loader includes an inverted V-shaped member having two inclined-apart spaced legs or wings coupled together, the upper parts of the wings being closer than their bottom ends when the inverted V-shaped member is seen in its inverted V-shaped configuration:<br> |

Amazon.com, Inc.
December 6, 2016
Page 10

| | |
|---|---|
| including a coupler for attaching the inverted V-shaped member to the magazine loader, a spring member coupled to the inverted V-shaped member and to the loader and arranged to urge the inverted V-shaped member onto the open side of a magazine when the inverted V-shaped member is attached to the loader and a magazine is inserted into the loader; | The Infringing Loader includes a coupler for attaching the inverted V-shaped member to the magazine loader, a spring member coupled to the inverted V-shaped member and to the loader and arranged to urge the inverted V-shaped member onto the open side of a magazine when the inverted V-shaped member is attached to the loader and a magazine is inserted into the loader:<br><br> |
| and configured such that when the inverted V-shaped member is attached to the loader and the loader is placed and forced over the open side of the magazine, the open side of the magazine will be aligned by the inverted V-shaped member with respect to the plunger of the loader so that the plunger will be able to force a topmost round in the magazine further inside the magazine. | The Infringing Loader is configured such that when the inverted V-shaped member is attached to the loader and the loader is placed and forced over the open side of the magazine, the open side of the magazine will be aligned by the inverted V-shaped member with respect to the plunger of the loader so that the plunger will be able to force a topmost round in the magazine further inside the magazine:<br><br> |

Amazon.com, Inc.
December 6, 2016
Page 11

Maglula vigorously defends its intellectual property rights to protect the considerable investments it makes to develop novel magazine loaders that are well received in the marketplace for their innovative operation, ease of use, speed, and quality.  Nobody may make or sell magazine loaders that incorporate Maglula's patented inventions or methods without Maglula's permission.  As part of those efforts, Maglula recently filed a complaint in the United States District Court for the District of Columbia against one known manufacturer of Infringing Loaders, Case No. 16-CV-02344.  Maglula hopes it can resolve its issues with Amazon without the need for further legal action.

Please acknowledge receipt of this letter no later than December 13, 2016, and confirm that Amazon has taken the actions requested above.  We are available to discuss these issues at your convenience and may be contacted at (202) 467-6300.  Thank you for your attention to this matter.

Sincerely,

*/s/ Thomas R. Burns, Jr.*
Thomas R. Burns, Jr.

# EXHIBIT
# 1



US007637048B2

(12) **United States Patent**

Tal et al.

(10) **Patent No.:** **US 7,637,048 B2**

(45) **Date of Patent:** **Dec. 29, 2009**

(54) **UNIVERSAL PISTOL MAGAZINE LOADER**

(76) Inventors: **Guy Tal**, P.O. Box 302, Rosh Ha'ayin (IL) 48103; **Ran Tal**, P.O. Box 302, Tel Aviv (IL) 48103

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 72 days.

(21) Appl. No.: **11/886,144**

(22) PCT Filed: **Apr. 20, 2006**

(86) PCT No.: **PCT/IL2006/000477**

§ 371 (c)(1),
(2), (4) Date: **Sep. 12, 2007**

(87) PCT Pub. No.: **WO2006/109315**

PCT Pub. Date: **Oct. 19, 2006**

(65) **Prior Publication Data**

US 2008/0184608 A1      Aug. 7, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/671,400, filed on Apr. 15, 2005.

(51) **Int. Cl.**
*F41A 9/66* (2006.01)
*F41A 9/67* (2006.01)

(52) **U.S. Cl.** ........................................................ 42/87

(58) **Field of Classification Search** .................... 42/87, 42/88, 90

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,466,017 A      4/1949   Farber

(Continued)

FOREIGN PATENT DOCUMENTS

DE            304379         2/1921

(Continued)

OTHER PUBLICATIONS

www.CommandArms.com and www.tdi-arms.com products: MLU556, MLU762, ML556 MLU16, MLU47.

(Continued)

*Primary Examiner*—Bret Hayes
(74) *Attorney, Agent, or Firm*—David Pressman

(57)      **ABSTRACT**

A firearm magazine loader (**30**) comprises a body (**32**) coupled to a movable press (**40**), a plunger (**20**) extending out of the press towards the body, and a magazine aligner (**52**). The body is hollow and adapted to fit and slide over an open side of a magazine (**10**). A spring (**48**) is positioned between the body and the press to force them apart. To load the magazine, the user squeezes the press towards the body such that plunger is over a topmost round (**12**) in the magazine, and then presses down the loader, causing the plunger to force the topmost round further into the magazine to form a vacant space below lips (**14**) of the magazine. This enables a new round (**13**) to be rearwardly, case first, loaded inside the vacant space. The user then eases the down force on the loader allowing the spring (**16**) of the magazine to force up all the rounds in the magazine towards the lips while releasing the press for allowing the spring of the press to force the press and plunger back to their original position. The magazine aligner is positioned inside the body for centering the open side of magazines of different widths and depth mounted in the loader in line with the plunger.

**38 Claims, 10 Drawing Sheets**



# US 7,637,048 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,304,062 | A | | 12/1981 | Pepe |
| 4,464,855 | A | | 8/1984 | Musgrave |
| 4,570,371 | A | * | 2/1986 | Mears .......................... 42/90 |
| 4,574,511 | A | * | 3/1986 | Csongor ...................... 42/87 |
| 4,689,909 | A | * | 9/1987 | Howard ....................... 42/87 |
| 4,719,715 | A | * | 1/1988 | Howard ....................... 42/87 |
| 4,720,931 | A | * | 1/1988 | Jensen ........................ 42/87 |
| 4,827,651 | A | * | 5/1989 | Conkey ....................... 42/87 |
| 4,829,693 | A | * | 5/1989 | Holmes ....................... 42/87 |
| 4,872,279 | A | | 10/1989 | Boat |
| 4,888,902 | A | * | 12/1989 | Knowles ...................... 42/90 |
| 4,939,862 | A | | 7/1990 | Brandenburg |
| 4,949,495 | A | | 8/1990 | Mari |
| 4,993,180 | A | * | 2/1991 | Upchurch ..................... 42/87 |
| 5,249,386 | A | * | 10/1993 | Switzer ....................... 42/87 |
| 5,301,449 | A | | 4/1994 | Jackson |
| 5,355,606 | A | * | 10/1994 | Origoni ....................... 42/87 |
| 5,377,436 | A | * | 1/1995 | Switzer ....................... 42/87 |
| 5,402,594 | A | | 4/1995 | Switzer |
| 5,417,003 | A | | 5/1995 | Claveau |
| 6,154,997 | A | * | 12/2000 | Aluotto et al. ................ 42/90 |
| 6,178,683 | B1 | * | 1/2001 | Williams ...................... 42/90 |
| 6,189,254 | B1 | | 2/2001 | Steitz |
| 6,219,953 | B1 | | 4/2001 | Bently |
| 6,286,243 | B1 | * | 9/2001 | Hinton .......................... 42/87 |
| D477,047 | S | | 7/2003 | Springer |
| 6,678,985 | B2 | | 1/2004 | Pikula |
| 6,810,616 | B2 | * | 11/2004 | Tal et al. ...................... 42/87 |
| 6,817,134 | B2 | * | 11/2004 | Newman ....................... 42/87 |
| 7,503,138 | B2 | * | 3/2009 | Tal et al. ...................... 42/87 |
| 2004/0020096 | A1 | * | 2/2004 | Tal et al. ...................... 42/87 |
| 2004/0159035 | A1 | * | 8/2004 | Newman ....................... 42/87 |
| 2004/0159036 | A1 | * | 8/2004 | Newman ....................... 42/87 |
| 2007/0017140 | A1 | * | 1/2007 | Pikielny ....................... 42/87 |
| 2007/0107291 | A1 | * | 5/2007 | Tal et al. ...................... 42/87 |

## FOREIGN PATENT DOCUMENTS

| FR | 693501 | 11/1930 |
|---|---|---|
| GB | 552171 | 3/1943 |
| GB | 555367 | 8/1943 |

## OTHER PUBLICATIONS

www.adcosales.com "Super Tumb" family of loaders www.
midwayusa.com www.impactguns.com.

* cited by examiner



FIG. 1A          FIG. 1B          FIG. 1C

FIG. 1D

FIG. 1E          FIG. 1F



FIG. 2A

FIG. 2B



FIG. 3A

FIG. 3C

FIG. 3B



FIG. 4A

FIG. 4B

FIG. 4C

FIG. 5A

FIG. 5B

FIG. 5D

FIG. 5C

FIG. 5E

FIG. 5F

FIG. 5G

FIG. 5H

FIG. 5I

FIG. 5J



FIG. 6A          FIG. 6B          FIG. 6C



FIG. 7A

FIG. 7B

FIG. 7C



FIG. 8A

FIG. 8B

FIG. 8C

FIG. 8D

FIG. 8E



FIG. 9A

FIG. 9B

FIG. 9C

FIG. 9D



FIG. 10A          FIG. 10B

US 7,637,048 B2

# UNIVERSAL PISTOL MAGAZINE LOADER

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application Ser. No. 60/671,400 filed Apr. 15, 2005, and U.S. Provisional Patent Application Ser. No. 60/736,005, filed Nov. 14, 2005.

The invention relates to firearms, particularly to a method and accessory for facilitating loading of firearm rounds into a firearm magazine.

## PRIOR ART

Many small firearms, including pistols, assault rifles, and submachine guns, utilize and fire rounds (also known as cartridges and ammunition). Each round is substantially elongated and comprises a deep cuplike case (also known as a shell casing and sometimes also a cartridge), usually of brass, which is filled with an explosive propellant. At its rear or closed end, the case has a rim or flange containing a primer; the front and opposite end of the case is open. A bullet, slug, or head, usually of lead (optionally jacketed) is partially inserted into the open or front end of the case by crimping the case onto the bullet.

The rounds are held within and fed into the firearm from a magazine (also known as a clip). A detachable magazine has become dominant throughout the world. The term 'magazine' is broad, encompassing several geometric variations, including curved magazines. Most detachable magazines are similar, varying in form and structure, rather than in their general principles of operation.

Magazines usually take the form of an elongated container having a generally rectangular cross-section, which is attached to the underside of the firearm. Magazines are commonly made of aluminum alloys, plastic, steel, or a combination. They are usually closed on five sides and open on a sixth, upwardly facing, top, side, or end, and are substantially hollow. The top or open side has a rectangular end and includes two round-retaining members, known as feed lips. Magazines have an internal spring which urges a follower or pusher (blank shaped piece of plastic or metal) toward the open side. The follower in turn urges the rounds as a group up against the lips. The lips act as a stop for the rounds so that they are not expelled from the magazine.

Rounds are stacked or oriented in the magazine such that the longitudinal axes of the rounds are substantially parallel and perpendicular to the direction of travel of the spring and follower. Adjoining rounds are oriented side-by-side, i.e., the bullets of adjacent rounds are next to each other, as are the cases.

The rounds are usually stacked in the magazine, either in a single straight column or in a staggered, zigzag, column (also called double-stacked or high-capacity) fashion. The latter magazines, being wider, achieve higher round capacity compared to single-column magazines of the same overall length.

Commonly, in pistol magazines and in some submachine gun magazines, whether staggered or not, the space between the retaining lips is smaller than the case diameter of the rounds so that the two lips of the magazine hold the topmost round. Magazines of most assault rifles and submachine guns contain staggered rounds, and in contrast to the above pistol magazines, the topmost round is held in place by only a single lip. The latter magazines are not relevant here, so hereafter the term 'magazine' will mean magazines where two lips retain the topmost round.

Prior to use, a firearm magazine must be loaded (charged or filled). When a magazine is being loaded, it is necessary to depress all previously loaded rounds to provide space below the lips so an additional round can be loaded inside. Each time another round is loaded the spring is further compressed, requiring more insertion force. When a magazine is fully loaded, the spring is fully compressed and exerts maximum upward force against the follower and rounds towards the lips.

Loading magazines is relatively time-consuming, tedious, and painful practice if done with bare fingers. Pain accumulates and intensifies as more rounds are loaded against the increasing spring pressure, therefore slowing the loading process. When a plurality of magazines are to be loaded, much time is required, shortening reposing, training, or combat time. In combat circumstances, slow reloading can be life-threatening.

Straightforward bare finger loading is usually done with the user placing a new round on top of the front end of the case of the topmost round in the magazine, or on the bullet. Then the user uses the thumb to force down the new round, and hence all round(s) below it, into the magazine sufficiently to make space below the lips to slide the new round backwards below the lips to be retained by them.

To increase loading speed and decrease finger pain, numerous attempts have been made to provide adequate pistol magazine loaders. These include several types:

A. Portable and non-portable loaders that are operated as machines and are not held by hand. These are shown in the following patents:

  a. Great Britain patent 552,171 to Andree, Mar. 25, 1943;
  b. U.S. Pat. No. 4,949,495 to Mari, Aug. 21, 1990;
  c. U.S. Pat. No. 4,939,862 to Brandenburg et al., Jul. 10, 1990.

Such machines employ the loading method and technique of group 'B' below.

B. Handheld loaders which use a substantially thick plunger or pusher which is usually perpendicular to the case of the topmost round. The plunger presses down the topmost round so that a new round can be inserted from the front of the magazine until the case of the round engages the plunger, approximately a half-length below the lips. Then the plunger is raised up and the new round is pressed with a finger further backwards into its place below the lips. These loaders are shown in the following patents:

  a. Great Britain patent 555,367 to Davis et. al., Aug. 19, 1943;
  b. German patent 304379 to Mauser, Feb. 15, 1921;
  c. French patent 693,501 to Seytres, November, 1930;
  d. U.S. Pat. No. 2,466,017 to Farber, Apr. 5, 1949;
  e. U.S. Pat. No. 4,570,371 to Mears, Feb. 18, 1986;
  f. U.S. Pat. No. 4,689,909 to Howard, Sep. 1, 1987;
  g. U.S. Pat. No. 4,719,715 to Howard, Jan. 19, 1988;
  h. U.S. Pat. No. 4,827,651 to Conkey, May 9, 1989;
  i. U.S. Pat. No. 4,829,693 to Holmes, May 16, 1989;
  j. U.S. Pat. No. 4,888,902 to Knowles, Dec. 26, 1989;
  k. U.S. Pat. No. 4,993,180 to Upchurch, Feb. 19, 1991;
  l. U.S. Pat. No. 5,377,436 to Switzer, Jan. 3, 1995;
  m. U.S. Pat. No. 6,189,254 to Steitz, Feb. 20, 2001;
  n. U.S. Pat. No. 6,286,243 to Hinton, Sep. 11, 2001;
  o. U.S. Pat. No. 6,817,134 to Newman, Nov. 16, 2004;
  p. U.S. Pat. No. 6,178,683 to Williams, Jan. 30, 2001;
  q. U.S. Pat. No. 6,219,953 to Bently, Apr. 24, 2001;
  r. US patent D477,047 to Springer, Jul. 8, 2003.

Such loaders do not relieve the user from manually pushing the newly inserted round rearwardly against the spring pressure, all the way back into place below the lips. This

US 7,637,048 B2

3

is commonly done with the thumb against the tip of the bullet. While these are the most common loaders available in the market, they are of limited value as the fingers still accumulate pain when pushing the rounds in, and are limited in the range of magazines each can load.

C. Handheld loaders which are limited to load a relatively small group of magazines having an exposed follower and spring by directly compressing the spring first, and then loading rounds in the magazine. These loaders are shown in the following patents:

a. U.S. Pat. No. 5,402,594 to Switzer, Apr. 4, 1995;

b. U.S. Pat. No. 4,872,279 to Boat, Oct. 10, 1989.

D. A round loading tray by which rounds are first laid on the tray and the magazine is manipulated from above to load each round in. These include:

a. U.S. Pat. No. 4,304,062 to Pepe et al., Dec. 8, 1981;

b. U.S. Pat. No. 6,678,985 to Pikula, Jan. 20, 2004.

Such loaders are slow to use since time is spent laying the rounds into place and they require much practice to load the rounds.

E. 'Semi-automatic' loaders for loading rim-fire rounds, i.e., usually 0.22 caliber rounds which have extended rims at the back end of the case. Such a loader is shown in U.S. Pat. No. 5,301,449 to Jackson, Apr. 12, 1994. These loaders are good for limited types of magazines and rounds.

F. Handheld loaders that generally access the topmost round from the front of the magazine, rather than from above, using a planar guide. These include:

a. U.S. Pat. No. 4,464,855 to Musgrave, Aug. 14, 1984. Musgrave shows a Z-shaped detachable loader that must be detached entirely from the magazine after each round is loaded and reinstalled back for the next round to be loaded. While it may facilitate loading, the necessity of attachment, sliding a new round in, and detachment makes its use inefficient, tedious, and awkward. It further lacks a structure which is comfortable for repeated use against the magazine's spring pressure, and is generally flimsy and delicate to use under field conditions. Further, it is not efficient to load magazines having rounded front walls as it has a flat base which causes a tray to be misaligned with the topmost round, causing the tray to usually engage a lip of the magazine. The loader thus is jammed and disrupts the loading process.

b. U.S. Pat. No. 5,417,003 to Claveau, May 23, 1995. Claveau describes a planar loader that relies almost entirely on the thumb to press down the topmost round, against the magazine's spring pressure, to load a new round. Further, while pressing down the topmost round, the thumb has to slide the new round in underneath the lips, as seen in its FIGS. 7-9. This pressure on the thumb makes this loader painful and uncomfortable for repeated use.

A limited group of loaders exist that have a plunger designed specifically for rifle and submachine gun magazines; these usually have a single lip holding the topmost round rather than two lips holding the topmost round as most pistol magazines. These include:

a. U.S. Pat. No. 6,810,616 to Tal et. al., Nov. 2, 2004, describes a loader and unloader accessory which use two plungers to push down a topmost round or a second-to-topmost round. Although it pushes a topmost round using a hinged lever, it does not allow sufficient vacant space immediately above that round as the pressing plunger blocks the space required for loading a pistol magazine (but not a rifle magazine). Nevertheless, this loader is extremely popular among rifle and submachine gun users, and is well built.

4

b. Command Arms Accessories and First Samco sell loaders with model numbers MLU556 and MLU762. These are shown at www.commandarms.com and or www.tdi-arms.com. Again, these use two plungers to push down a topmost round or a second-to-topmost round. Once more, a plunger pushes a topmost round using a hinged lever not allowing sufficient vacant space immediately above that round as the plunger blocks the space required for loading a pistol magazine. This loader is uncomfortable and relatively slow to use, and comprise relatively many parts.

Again, in the market there are many different pistol magazines. They differ in their round capacity, round caliber, manufacturing materials and technique, adaptability to match magazine wells of different pistols, shape of lips, and magazine lock mechanism. Often, each pistol and matching caliber has its own unique magazine. Therefore, to overcome the extremely wide range of magazines with all their mechanical variations, manufacturers of magazine loaders had to manufacture:

1. loaders of different sizes, such as the Super Thumb family of loaders from ADCO Sales Inc., shown at www.adcosales.com (ADCO has four different loader sizes), or loaders from Glock Inc.;

2. loaders with an integral adjustable mechanism, such as the HKS loaders (U.S. Pat. Nos. 5,249,386 and 5,377,436 to Switzer, Oct. 5, 1993 and Jan. 3, 1995 respectively), having both different overall sizes and also a magazine length adjuster in each (HKS has ten different loader sizes in the market); or

3. loaders with an external adjustable means, such as the Cambi loader model #104 shown at www.worldwideordnance.com (U.S. Pat. No. 6,817,134 to Newman Nov. 16, 2004) having four separate insertable "spacers" to cater for different magazine widths.

In summary, bare finger pistol magazine loading is tedious, cumbersome, and injurious. While several accessories have been provided for facilitating this chore, none are able to load loose rounds into a magazine efficiently, rapidly, safely, easily, and painlessly. Further, while there have been attempts to provide a mechanism for accepting large range of different pistol magazines in a single magazine loader, none was able to do just that, and all are quite limited in the range of magazine they accept. Further, all existing 'adjustable' loaders have to be adjusted prior to use, and none has an automatic adjusting means.

ADVANTAGES

Accordingly, several advantages of one or more aspects are to provide (a) a method and mechanism for automatically allowing a wide range of different magazines to be loaded with a single magazine loader for facilitating loading of loose rounds into a magazine quickly and easily, (b) a loader which is workable at relatively high speed with minimal fatigue to a user's fingers, and where no force will be exerted on a single finger, (c) a durable loader that is simple to operate in tough, varying, military conditions, and (d) a low-cost, pocket-size, lightweight loader comprising few parts. Further advantages of one or more aspects will become apparent from a consideration of the drawings and ensuing description.

SUMMARY

An accessory and method for facilitating loading loose rounds into a firearm magazine basically comprises, in one aspect, four parts: a body adapted to slidably fit over an open

US 7,637,048 B2

5

side of a magazine, a movable press, an integral beak-like plunger on the press, and a magazine aligner. The press is hinged to the body and a spring member is fitted between to keep them angled apart. The plunger is flat and shaped to fit between the lips of the magazine. For loading, the loader is initially fitted on the magazine and the magazine's bottom is placed on a support. The press is then squeezed in to bring the plunger directly above the topmost round of the magazine, when partially loaded. While squeezed, the user forces the loader down along the magazine to cause the plunger to push the topmost round further into the magazine. A vacant space is then formed below the lips of the magazine and above the plunger. The user then drops a new round rearwardly into the vacant space. The new round free falls into place without being pushed in by the thumb or stopped by the plunger. Then the user eases the downward force on the loader to enable all the rounds in the magazine to be forced up by the spring of the magazine while substantially simultaneously releasing the squeeze on the press to retract the plunger outward from below the newly loaded round.

Hence, magazine loading is done by cycling the loader on the magazine as described with one hand while synchronously feeding rounds into the magazine with the other hand. Further, the magazine aligner, preferably included with at least one version of the loader, allows different magazines to be loaded without any user intervention or prior adjustments. This makes this loader a substantially universal magazine loader (trademarked "UpLULA").

The aligner basically comprises a single part: an inverted "V" shaped body hingely coupled to the body of the loader. The aligner forces the top of the magazine to center in the loader directly in front or below the plunger. A spring member is fitted between the body of the loader and the aligner to keep the aligner in tension over the magazine.

### DRAWING FIGURES

FIGS. 1A to 1F are simplified diagrams showing (1A) a plunger in front and distant of a topmost round in a magazine, the plunger close and above a portion of the topmost round (1B), the plunger pressing down the topmost round (1C), a new round loaded (1D) into the magazine, the rounds raised up inside the magazine (1E), and the plunger released back from the magazine (1F).

FIG. 2A is a perspective view of a new universal magazine loader shown in an 'away' position.

FIG. 2B is a perspective view of the loader shown in a 'close' position.

FIG. 3A is a front exploded view of the loader.

FIG. 3B is a rear exploded view of the loader.

FIG. 3C is a perspective view of a plunger.

FIG. 4A is a perspective view of the loader coupled to a magazine and held by hand.

FIG. 4B is a top view of the loader shown 'away'.

FIG. 4C is a top view of the loader shown 'close'.

FIG. 5A is a perspective view of an aligning mechanism or 'aligner'.

FIG. 5B to 5D are representations of the aligner, where FIG. 5B shows a front view, FIG. 5C shows a top view, and FIG. 5D shows a side view.

FIG. 5E is a front view of the aligner accepting an off-centered double-stack magazine.

FIG. 5F is a front view of the aligner centering the double-stack magazine.

FIG. 5G is a front view of the aligner with the double-stack magazine at a loading position.

FIG. 5H is a side view of the aligner of FIG. 5E.

6

FIG. 5I is a side view of the aligner of FIG. 5F.

FIG. 5J is a side view of the aligner of FIG. 5G.

FIG. 6A is a front view of the aligner accepting an off-centered single-stack magazine.

FIG. 6B is a front view of the aligner centering the single-stack magazine.

FIG. 6C is a front view of the aligner with the single-stack magazine at a loading position.

FIG. 7A is a simplified perspective view of a first alternative body and press.

FIG. 7B is a simplified top view of the first alternative press.

FIG. 7C is a simplified perspective view of a second alternative body and press.

FIG. 8A is a simplified perspective view of a third alternative body and press.

FIG. 8B is another simplified perspective view of the third alternative body and press.

FIG. 8C is a simplified drawing showing retracting of the plunger of the third alternative press.

FIG. 8D is a simplified perspective view of the third alternative press, and a plunger.

FIG. 8E is a simplified perspective view of a forth alternative press.

FIG. 9A is a simplified perspective view of a fifth alternative press.

FIG. 9B is another simplified perspective view of the fifth alternative press.

FIG. 9C is a simplified perspective view of a sixth alternative press.

FIG. 9D is a simplified perspective view of a seventh alternative press.

FIG. 10A is a simplified perspective view of a first alternative aligner.

FIG. 10B is a simplified front view of a second alternative aligner.

### DRAWING REFERENCE NUMERALS

| 10 | double-stack magazine | 12 | round |
|---|---|---|---|
| 13 | new round | 14 | lip of double-stack magazine |
| 16 | spring of magazine | 18 | follower |
| 20 | plunger | 20A | simplified plunger |
| 22 | concave recess | 24 | base of plunger |
| 30 | loader | 32 | body |
| 34 | stop rib | 36 | press arm |
| 37 | aligner arm | 38 | bridge |
| 40 | press | 40A | simplified press |
| 42 | press side wall | 44 | side wall recess |
| 46 | press retainer | 47 | press pin |
| 48 | press spring | 50 | press hinge |
| 52 | aligner | 54 | aligner hinge |
| 56 | aligner pin | 58 | aligner spring |
| 59 | aligner wing | 60 | hand |
| 90 | center line | 100 | single stack magazine |
| 114 | lips of single stack magazine | 200 | first alternative plunger |
| 200A | second alternative plunger | 300 | first alternative loader |
| 300A | second alternative loader | 300B | third alternative loader |
| 300C | forth alternative loader | 300D | fifth alternative loader |
| 300E | sixth alternative loader | 300F | seventh alternative loader |
| 320 | first alternative body | 320A | second alternative body |
| 320B | third alternative body | 325 | slide opening |
| 330 | body stop protrusion | 360 | alternative press arm |
| 360A | alternative press arm | 380 | alternative bridge |
| 400 | first alternative press | 400A | second alternative press |
| 400B | third alternative press | 400C | forth alternative press |
| 400D | fifth alternative press | 400E | sixth alternative press |

US 7,637,048 B2

7

-continued

| 400F | seventh alternative press | 410 | ear |
| 410A | alternative ear | 420 | side wall of first alternative press |
| 425 | slide protrusion | 430 | press stop protrusion |
| 460 | alternative press retainer | 480 | alternative press spring |
| 480A | alternative press spring | 490 | arm |
| 492 | arm | 494 | boss |
| 496 | headed pin | 497 | thumb |
| 498 | lever | 499 | thumb cover |
| 500 | alternative press hinge | 500A | alternative press hinge |
| 520 | alternative aligner | 580 | alternative aligner spring |
| 585 | alternative aligner spring | 590 | alternative aligner wings |
| 595 | alternative aligner | | |

## DETAILED DESCRIPTION—PREFERRED EMBODIMENT

FIGS. 1A-1F—Simplified Diagrams

FIG. 1A to 1F are simplified side sectional schematic diagrams illustrating the hardware and loading method.

FIG. 1A shows a magazine 10 loaded with a topmost round 12 retained by a lip 14 of the magazine and pushed up against the lip by a follower 18 which is in turn urged up by a spring 16 of the magazine. A simplified plunger or pusher 20A is also shown at a first 'away' position in front or to the left and relatively distant from the open side of magazine 10 and round 12. The plunger is rigid and thin and has a free end or edge, shown connected to a simplified press 40A.

FIG. 1B shows a second or 'close' position of the plunger, moved over the magazine and partially above topmost round 12 with its right (front) edge over the left side of the case. The plunger has a downward angle α with the horizontal.

FIG. 1C shows the plunger down in the magazine pressing or forcing the topmost round further inside the magazine and thereby forming a vacant space (not numbered) below lip 14.

FIG. 1D shows a new round 13 rearwardly loaded, i.e., case first, into the magazine, in the general direction of the arrow. The new round is inserted in the vacant space below lip 14 and above plunger 20A as shown in broken lines. Note that nothing blocks the new round from entering the vacant space and it is entirely in the magazine.

FIG. 1E shows the two rounds and plunger raised up slightly by the magazine's spring force and the new topmost round 13 engaging the underside of lip 14.

FIG. 1F shows the plunger retracted back (to the left) in a substantially linear path, as shown by the arrow, from between top round 13 and round 12, which now is the second round down.

Note that plunger 20A has two basic positions relative to the topmost round and the open side of the magazine: an 'away' position where the plunger is relatively distant or farther from the topmost round in the magazine or the open side of the magazine (FIGS. 1A and 1F), when the magazine is installed in the loader, and a 'close' position where the plunger is relatively closer or above a topmost round in the magazine or the open side of the magazine (primarily FIG. 1B), when the magazine is installed in the loader.

FIGS. 2A-2B—Perspective Views

FIG. 2A is a perspective view of a preferred embodiment of an actual magazine loader 30, with a plunger 20 shown in the 'away' position. Loader 30 preferably comprises four main parts: a substantially rectangular elongated hollow body or housing 32 having four connecting sidewalls, a hand press 40, the plunger or pusher 20 which is analogous to simplified

8

plunger or pusher 20A of FIGS. 1A-1F and is integral with and extends from the top of press 40, and a magazine aligner 52.

The bottom of the press is coupled by a hinge 50 to the body. Main body 32 includes an open bottom end (not shown), a top open end partially covered by a bridge 38, two parallel and opposite sidewalls, and front and opposite back walls (not numbered). On the bottom of each side wall is a vertical stop rib 34. Two spaced and parallel press arms 36 extend out of the bottom of the front wall of the main body. Each arm includes a through hole (not numbered). These holes hold a pin (47, FIG. 3A) of hinge 50. The bridge extends between and joining the two sidewalls of the body.

Press 40 has two sidewalls 42 interconnected by a front wall (not numbered). Sidewalls 42 are parallel to the sidewalls of the main body. The front wall of the press has a retainer 46 at its bottom. The retainer is part of hinge 50, and pin 47 (FIG. 3B) passes through it. At the 'away' position the front wall of the press is angled approximately 21 degrees from the vertical or the left wall (not numbered) of the main body.

Plunger 20 is made of a substantially flat or planar piece of hardened steel, preferably between 6 mm to 8 mm in width at its exposed distal (right) and free edge or end, and approximately 2 mm in thickness (see FIG. 3C). It is shown extending and angling down from the upper end of press 40 towards the main body. Plunger 20 and press 40 together constitute an inserting member. The plunger preferably has a smooth elongated concave recess 22 at its upper surface extending central to its distal edge. It is further rounded at the underside of its distal edge (not shown) to avoid denting the case of a topmost round in the magazine under loading pressure. The width of the plunger is chosen to enable it to enter between the lips of relatively thin or narrow magazines carrying preferably .380 caliber rounds. This width is usually acceptable for loading magazines carrying up to .45 caliber rounds. Such range of calibers, from preferably .380 to .45 (commonly .380, 9 mm, 10 mm, .40, and .45 calibers) is found to cover a large portion of the market. Not all .380 magazines may be loaded with plungers of this width, but some can.

FIG. 2A also shows magazine aligner 52 positioned inside and at the upper rear part of main body 32 below bridge 38. The aligner is hinged to the body by an aligner hinge 54, and is shown pointing down. The aligner will be described in more detail below.

The main body, press, and aligner of the loader are designed for low-cost mass-production plastic injection molding. The preferred plastic material is glass-fiber reinforced polyamide (nylon), which is durable and substantially resistant to gun oil and other chemicals. Other materials may be used for construction. The weight of the loader is approximately 50 grams, and sized to fit in a pocket.

FIG. 2B is a perspective view of loader 30, where the plunger is shown in a 'close' position. In the 'close' position, press 40 with its sidewalls 42 engages main body 32 completely and plunger 20 is angled α degrees down from the horizontal inside the main body.

FIGS. 3A-3C—Exploded View

FIG. 3A is a front exploded view of loader 30 showing press 40 with its side walls 42, plunger 20, and retainer 46 which contains a through hole (not numbered). Pin 47 couples together the main body and press and which is inserted through holes (not numbered) in arms 36 of the main body and retainer 46. A press torsion spring 48 is encompassed by retainer 46 and is secured by pin 47. The two arms of spring 48 are positioned between the press and the main body and are

US 7,637,048 B2

9

initially spaced such to urge the press to rotate out or away from the main body to the 'away' position.

Magazine aligner 52 is coupled to the main body by an aligner pin 56 which is fixed through holes (not numbered) in an upper aligner arms 37 of the main body and through side holes (not numbered) at the rear of aligner 52. An aligner torsion spring 58 is positioned at the rear of the aligner and is also retained by pin 56. The two arms of spring 58 are positioned one on the aligner and one on the body to exert force to angle the aligner down inside the body. The aligner has two elongated wings 59.

Two projection lines show how all the parts assemble together.

FIG. 3B is a rear exploded view of the loader with an internal view of side walls 42. Each side wall includes a recess 44, 1.5 to 2.5 mm deep, sized to cover and engage a top portion of stop rib 34 of the main body. Rib 34 then acts as to stop press 40 at its 'away' angle to approximately 21 degrees as mentioned above.

FIG. 3C is a perspective rear view of plunger 20. Plunger 20 has a base 24. The press preferably is molded over base 24 to secure the plunger tightly to the press. Base 24 preferably has holes and grooves (not numbered) so that the injected polymer will be able to flow in for a solid grip.

FIGS. 4A-4C—Loader as Used

FIG. 4A is a perspective view of loader 30 with the plunger shown at the 'away' position in a user's hand 60 and the press not pressed. The body of the loader is inserted over or onto the top open side of magazine 10 and held substantially upright in an operating position. The bottom of the magazine is supported by a table or the like (not shown). The magazine is shown pushing aligner 52 up from below so that its wings 59 are visible and angled up. The magazine contains a topmost round 12.

FIG. 4B is a top view of the loader with the plunger in the 'away' position on top of magazine 10. Round 12 is retained between two lips 14 of the magazine. Plunger 20 is centered in the main body and press, and is directly in front of round 12 and the aligner. The plunger is further clear of the main body such that its distal front edge does not enter the internal space of the main body. Aligner 52 is shown angled down when no force is exerted from below.

FIG. 4C is a top view of the loader with the plunger shown in the 'close' position on top of the magazine. When in the 'close' position, the press fully engages the main body and the plunger is partially above the case of round 12 and between the lips of the magazine. Aligner 52 is shown angled up, revealing its wings 59.

The above description covers the loader, and the below description covers the magazine aligner.

FIGS. 5A-5J—Aligner

FIG. 5A is a perspective view of aligner 52. The aligner resembles an inverted "V" shaped body comprising two inclined-apart spaced wings 59 coupled together at their top. The upper joined parts of the wings are closer than their distal bottom ends. The wings are flat and smooth on their inner faces and are symmetrical. At the rear of each wing is a through hole for pin 56, as mentioned above. When seen in its inverted "V" configuration (FIGS. 5B and 5E), the wings taper from wide at their tops where they are coupled together to narrow and pointed at their bottoms.

A front view of aligner 52 is shown in FIG. 5B. The inverted "V" shaped opening between wings 59 is clearly shown.

FIG. 5C shows a top view of the aligner and FIG. 5D shows a side view of the aligner with a through hole (not numbered)

10

on the lower right. Note that when seen from the side, each wing is narrow at its top and flares out at its bottom. The bottom edges of wings 59 are horizontal.

FIG. 5E is a front view of the aligner angled down at an initial position inside the body (not shown) so to enable it to accept a magazine between its wings 59 further down in the magazine. In this example, the magazine is a double-stack magazine 10 shown before loading and off-center to the right of a center vertical line 90. Only one wing of the aligner touches the magazine in this example. Magazine 10 has lips 14 holding between them a topmost round 12. The magazine also contains few rounds (not numbered) below round 12. A sectional view of plunger 20 is shown centered between the wings of the aligner and spaced generally above topmost round 12.

FIG. 5F is a front view of the aligner still angled down and the open top side of the magazine is now centered in the aligner, and hence centered in the body of the loader (not shown) and with respect to the plunger, along center line 90. Plunger 20 is directly above and close to topmost round 12 or contacting or resting on the topmost round.

FIG. 5G is a front view of the aligner angled up as the magazine pushed it from below. The magazine is centered in the aligner and body and with respect to the plunger. The plunger forces round 12, and all other rounds, further inside the magazine. A new round 13 is shown above the plunger.

FIG. 5H is a side view of the aligner as shown in FIG. 5E, less the plunger, showing the aligner angled down and the magazine positioned partially between the aligner's wings. The wings of the aligner engage the magazine approximately half way across the magazine's horizontal depth.

FIG. 5I is a side view of the aligner as shown in FIG. 5F, less the plunger, and FIG. 5J is a side view of the aligner as shown in FIG. 5G, less the plunger and round 13. The aligner is shown angled up.

FIGS. 6A-6C—Aligner with Single-Stack Magazine

FIGS. 6A to 6C are similar to FIGS. 5E to 5G, but using a single-stack magazine 100 having lips 114. The magazine is initially left of center line 90 in this example.

The internal dimensions of main body 32, and also of any other loader part described above, preferably are designed to accept a double-stack magazine having the largest cross-sectional dimensions of any commercially available popular magazine, such as the polymer-coated magazine for the Glock .45 pistol. This design enables the loader to operate and load a wide range of thinner magazines and smaller-caliber rounds. If a loader is designed for a particular or limited number of similarly-sized magazines, the aligner may be avoided and the inner dimensions of the body should preferably match the outer dimensions of the magazines.

Operation—Preferred Embodiment—FIGS. 1A-6C

The loader provides substantial assistance to a firearm user by safely, comfortably, and rapidly loading a magazine without finger pain or injury. Using its aligning mechanism, the loader automatically adapts to fit on single and double-stack magazines with any matching rounds from preferably .380 up to .45 caliber, making it a substantially universal pistol magazine loader. The range of magazines and rounds loaded may be extended or altered, under the same loading method, by changing the dimensions of the loader's parts. Further, the loader may be easily designed without the aligner to fit a limited range of magazines and rounds, or to fit a specific magazine and round. E.g., the loader can be designed for loading just the H&K UMP .40 or .45 caliber sub-machine gun magazines, which have a relatively large cross section, or to load .380 pistol magazines and smaller.

US 7,637,048 B2

11

Loading rounds into the magazine is accomplished by operating the loader to provide sufficient vacant space below the magazine's lips for rearwardly inserting (case first) a new round into the vacant space. This is accomplished by forcing the plunger to push down the topmost round of the magazine, and hence all previously loaded rounds, sufficiently into the magazine to form the vacant space below the lips. The user then effortlessly drops a new round below the lips into the vacant space. The force on the plunger is then released to allow the magazine's spring and follower to push up all the rounds in the magazine until the new topmost round engages the lips, and the plunger is withdrawn from the magazine. The user repeats the cycles until the magazine is full.

The operation of our new loading method and mechanism will now be described in detail. Then the operation of the magazine aligner will be described.

Loader

FIGS. 1A to 1F diagrammatically illustrate the method of loading a new round into a magazine. FIGS. 2A and 2B show a preferred actual embodiment of the loader for implementing the method illustrated in FIG. 1. FIG. 4A illustrates how a user load rounds with the loader.

To discuss the operation in more detail, FIG. 2A illustrates the loader at a rest position where the plunger is in the 'away' position. To load a magazine, the user preferably first rests the bottom end of the magazine on a stable surface, such as a table, hip or knee. Then, the user picks up the loader with one hand and places, fits, attaches, mounts or couples its body on top or over the open side of the magazine as illustrated in FIG. 4A, such that the bullet of an inserted round will point forward towards the user. The loader is positioned on and moved down on the magazine sufficient for the plunger to later move above the top end of the magazine without being blocked by the magazine or rounds, if loaded.

Then, in accordance with the loading method and cycle described for FIG. 1, and preferably starting from the 'away' position (FIG. 1A), the user squeezes or moves press 40 in to bring the plunger to a 'close' position above the topmost round of the magazine (FIG. 1B and FIG. 4C), or above the magazine's follower if the magazine is empty. The distal free end of the plunger is then above the case of the round, or contacting or resting on it (FIG. 1B).

Then the user holds the loader harder and pushes the loader or its body slidably down on the magazine so as to force the plunger and the top round, and all rounds below, if any, or the follower, further down into the magazine, against the magazine's spring pressure, creating a vacant space below the lips and above the plunger (FIG. 1C). The loader can go down until the underside of the plunger meets the top front edge (not numbered) of the magazine's front wall (FIGS. 1C and 1D) as usually required when loading .45 caliber rounds for creating large vacant space, or less down for smaller caliber rounds.

While keeping the loader forced down on the magazine, the user inserts a new round rearwardly on top of the plunger and into the vacant space below the lips (FIG. 1D) with the other hand.

The user then eases the downward force on the loader so that the spring of the magazine will push up all the rounds in the magazine, and hence the plunger and therefore loader, until the newly-loaded topmost round reaches the underside of the lips of the magazine and is secured by them (FIG. 1E). Roughly simultaneously while easing the downwards force on the loader, the user reduces the hand squeeze or pressure from the press to allow the press and therefore plunger to retract back, by the force of spring 48, from below topmost

12

round 13 so that the plunger exits the magazine (FIG. 1F). Hence, a new round has been loaded.

Allowing the newly-loaded topmost round to reach the lips being forced from within the magazine keeps this round in place rather than be somewhat pulled away from the magazine by the retracting plunger. Alternatively, the plunger may be released or retracted by the press from below topmost round 13 after inserting a new round in the magazine, even if the downward force on the loader has not been released or eased by the user. Simultaneous ease and release action is preferred, however.

This loading cycle is repeated until the magazine is full. Practically, it takes approximately a second to load a single round in the magazine.

Hence, in a timely manner, while the loader is mounted on the magazine, the user manipulates the press to move it and the plunger between two basic positions: an 'away' position where the plunger is relatively distant or farther from a topmost round in the magazine or the open side of the magazine, and a 'close' position where the plunger is relatively closer or above a topmost round in the magazine or the open side of the magazine.

The loading action can also start from a 'close' plunger position where the user presses the press before or during mounting the loader on the magazine; the same principles of operation apply in this case.

Stated differently, the user loads an empty magazine with the loader in the following steps:

1. With the magazine on a table or the like, use one hand (e.g., the right hand) to fit the loader over and onto the magazine.
2. Using the right hand, squeeze the press in to cause the plunger to move in and lie over the follower. Hold the press in this position.
3. Still using the right hand and arm, and while holding the press in, force the loader down onto the magazine so that the magazine moves further into the loader and the plunger forces the follower down to create a space above the follower. Hold the loader in this down position.
4. While holding the loader down, use the left hand to insert a first round, case end first, into the space in the magazine above the follower and plunger.
5. Ease the force on the loader and the grip on the press so that the follower pushes the loader back up and pushes the first round against the lips at the top of the magazine and the plunger moves out. (Do not release the loader completely.)
6. Repeat Step 2 to cause the plunger to move in again and lie over the inserted first round.
7. Repeat Step 3 to force the first round down to create a space above the first round.
8. Repeat Step 4 to insert a second round above the first round.
9. Repeat Step 5 so that the follower pushes the first and second rounds up against the lips.
10. Repeat Steps 2 to 5 until the magazine is filled.

The above steps can be performed in a continuously cyclic manner, easily, quickly, and safely, without any strain to the fingers, hand, or arm.

After many tests the inventors found that the preferred angle α of the plunger is between 28 to 38 degrees down from a horizontal line. This allows the loader to create sufficient space between the lips (FIGS. 1C and 1D) for loading both large caliber rounds (e.g., .45 caliber) down to smaller caliber rounds (e.g., .380 caliber). The larger the angle, the larger the vacant space and therefore caliber which can be inserted into that space. Further, this range of angles still allows the plunger to retract back efficiently from between the two top-

US 7,637,048 B2

13

14

most rounds (12 and 13) as shown in FIG. 1E. Thus, rounds of a wide caliber range may be loaded with a single loader and plunger.

The flat plunger preferably has a concave recess 22 on its upper surface to guide new rounds in and to allow the plunger to be extracted more smoothly from between the two topmost rounds when the rounds are forced up by the spring of the magazine against the lips.

It is a major advantage of the disclosed method and loader that pressing down the loader to press the topmost round, and all rounds below it, against the spring of the magazine can be done substantially with the full strength of a user's arm muscles, rather than with the weaker strength of the distal ends of the thumb or fingers, as done with most prior-art loaders. Thus less pain and fatigue is experienced and accumulated by the user.

Aligner

Explanation of the aligner's operation now follows. Aligner 52 is used in pistol magazine loader 30 or the alternative loaders described below. However, the aligner may be used, with or without some modifications, with other loaders, such as those sold under the trademarks HKS, Cambi, ADCO, Glock, H&K, SIG, Wilson Combat, and others.

Since pistol magazines come in varying dimensions and calibers, a magazine aligner 52 was designed to enable a single pistol magazine loader to fit as many magazines and round calibers as possible. The aligner centers mainly the open side of the magazine in the loader, rather than the bottom or base of the magazine, so that the plunger is centered above the topmost round in the magazine. If not centered, or without an aligner, a thin magazine may wiggle freely in the loader and the plunger may miss the topmost round to engage a lip of the magazine, or just miss the magazine altogether. The length of the magazine is of no importance to the operation of the aligner (or loader); only the width and depth of the magazine are relevant.

In its initial position, the aligner is preferably angled less of 45 degrees down in the loader, as best shown in FIG. 5H, being pre-pressured at its rear (not shown) by an arm of spring 58. When loading a magazine, the user mounts the loader on, say, a preloaded off-center double-stack magazine 10 as shown in FIG. 5E. The off-centered open side of the magazine reaches the inner smooth surface of, say, right wing 59 of the aligner as shown. The user then continues to force the loader down on the magazine, aiming to load a new round in, thereby causing the magazine to slide up against the inwardly-inclined internal surface of the right wing until the opposite side of the magazine reaches the other wing of the aligner, as shown in FIG. 5F. The magazine is now centered in the aligner and the loader, along center line 90. When the loader is pushed further down, the spring-loaded aligner will start to angle up, still keeping the magazine centered, as plunger 20 engages the case of topmost round 12. The aligner keeps the open side of the magazine centered all along the downward distance of the loader as the plunger forces down the topmost round further into the magazine. The aligner is designed and arranged to align and center the magazine preferably before the topmost round in the magazine reaches the plunger. Once a new round is loaded, raising back up the loader to start a new loading cycle causes the aligner to angle back down by spring 58 to its initial position.

Thus, the aligner is tilted up for every round-loading cycle in the magazine. The same aligning action is done with thinner magazines, i.e. as the single-stack magazine shown in FIGS. 6A to 6C. Further, because the aligner is hinged at its rear, as it is angled up by the magazine from below, the

resistance of the inner surface of the two wings of the aligner to the side walls of the magazine cause the magazine to also move forward towards the front wall of the body and towards the plunger. This aids magazines of shorter depth to be loaded as well, as they are brought close to the plunger. Further, the force of the angled plunger on the topmost round also moves the entire magazine forward towards the press. While the magazine is centered at its upper open side in the aligner, it may be off-centered at its bottom without interfering much with the loading process.

Hence, the aligner allows loading magazines of different width and depths in a single magazine loader, eliminating the need to manufacture spacers or loaders of various dimensions for various magazines.

ALTERNATIVE EMBODIMENTS

Several alternative embodiments of the loader and its parts will now be discussed.

Description—FIGS. 7A-7B

FIG. 7A is a simplified perspective view of a first alternative loader 300 having the same basic construction of loader 30 of FIG. 2, but with a first alternative body 320, a first alternative press 400, and a bridge 380. Press 400 includes plunger 200, angled down α degrees and similar or identical to plunger 20 described above. The plunger is shown at an 'away' position, clear of a magazine if inserted (not shown). The press is slidable on mating elongated male and female rails 425 and 325, respectively. Any other mating sliding construction can be used on sidewall 420 of the press and body 320 for doing the same. The press includes a break or stop 430 adapted to engage a protruding break 330 of the body to prevent the press from dropping off the body. Loader 300 may or may not include aligner 52 (not shown) with a similar construction.

FIG. 7B is a simplified top view of press 400 showing male rail 425 and break 430 on the inner side of each sidewall 420, and a compression spring 480 fitted between the press and the body, below plunger 200. Spring 480 replaces spring 48 of previous construction to urge and push back the press when the hand grip is released.

Operation—FIGS. 7A-7B

Loader 300 operates much the same as loader 30, but using a press which moves in and out parallel with the body. When press 400 is pressed towards the body (not shown), the plunger moves to a 'close' position above a topmost round or the follower in the magazine, if installed. Then the loader is forced down so that plunger 200 forces down any existing rounds and or the follower and a new round is loaded, as described above for loader 30. The plunger moves to the 'away' position by spring 480 force when the press is released. Aligner 52 inside the body, if installed, operates the same as explained above.

Description—FIG. 7C

FIG. 7C is a simplified perspective view of a second alternative loader 300A having the same basic construction of loader 30 but with a second alternative body 320A and a second alternative press 400A. Press 400A is shown at an 'away' position, clear of an inserted magazine (not shown). This loader does not have a torsion spring 48 (or 480), previously described, between the body and the press; rather press 400A includes an ear or ring 410 sized to fit at least a finger inside so to allow the press and plunger to be moved to the 'away' position, or to the 'close' position, with a finger rather than with the spring. Press 400A is hinged to the body with

US 7,637,048 B2

15

hinge **500**, being much the same as hinge **50** described above, using a alternative press arm **360**. Alternative loader **300A** has plunger **200** similar or identical to plunger **20** described above.

Operation—FIG. **7C**

Loader **300A** operates much the same as loader **30**, but it uses press **400A** which is adapted to retract back to an 'away' position using at least one finger in ring **410** rather than using an urging spring. The loader is forced down so that plunger **200** forces down any existing rounds and or the follower, and a new round is loaded, as described above for loader **30** and **300**. The user pulls back the press by the finger after each round is loaded. Eliminating the spring reduces parts count.

Description—FIGS. **8A-8D**

FIG. **8A** is a simplified perspective view of a third alternative loader **300B** according to the invention. It comprises a third alternative body **320B** and a press **400B**. A second alternative press hinge **500A**, which includes a second alternative press arms **360A**, is located at the top or upper part of the body, rather than at the bottom part, as are press hinges **50** and **500** of previous embodiments. Press **400B** includes an alternative press retainer **460** (FIG. **8D**) at its top with a through hole (not numbered), being part of hinge **500A**, for coupling the press to the body with a pin (not shown), as previously described. Press **400B** includes a pressing area (not numbered) sized and arranged for pressing it by hand, and includes plunger **200A**, which is similar or identical to previous plungers. In FIG. **8A** the press is shown raised up and the plunger is shown pointing down inside the body along its side wall at a first 'away' position, clear of a topmost round or the open side of a magazine if inserted (not shown). A vertical recess exists (not shown) at the inner side of the front wall of the body sized to accept the plunger when it is down so it will not interrupt or block a magazine in the loader.

FIG. **8B** is a simplified perspective view of loader **300B** where press **400B** is shown down adjacent body **320B** and plunger **200A** is therefore raised up inside the body to be in the 'close' position. In this position the plunger is above a topmost round in the magazine, if installed, and is angled preferably α degree down from the horizontal (for loading preferably .380 to .45 caliber rounds), as previously described.

FIG. **8C** shows a simplified side cut-view portion of plunger **200A** and magazine **10** inserted in loader **300B** (not shown). The plunger is shown retracting out or withdrawing from beneath a new rearwardly loaded round **13** in a substantially (clockwise) curved path, in the general direction of the arrow, rather than retracting out at substantially linear straight path as shown by the arrow in FIG. **1F** for loader **30**.

FIG. **8D** is a simplified perspective view of press **400B** which includes alternative press retainer **460**. Preferably a torsion press spring **480A** is mounted in hinge **500A** between press **400B** and body **320B** designed to urge the press to angle with respect to the body so that the plunger will be at an 'away' position as shown and described in connection with FIG. **8A**. Spring **480A** is preferably located between press retainers **460** and secured by pin **47** (not shown) mounting the press to the body. One arm of the spring pushes the body while the other pushes the press from below.

Operation—FIGS. **8A-8D**

Loader **300B** operates much the same as loader **30**, but uses a press which is hinged at its top to the top of the body. Again, the press allows the plunger to be moved back and forth between its 'away' (FIG. **8A**) and 'close' (FIG. **8B**) positions. For loading, the user operates the loader over the open side of

16

the magazine, squeezing the press to bring the plunger to the 'close' position, and pushing down the loader onto the magazine. This cause the plunger to push down the topmost round or follower and creates space at the top of the magazine so that a new round can be fed into the magazine. Then the force on the loader is released so that the spring of the magazine slightly lifts up all the rounds in the magazine and the loader until the topmost round engages the lips. The user releases the force on press **400B** to bring the plunger to the 'away' position using the force of spring **480A** on the press.

In an alternative embodiment ('A') and operation of loader **300B** of FIGS. **8A-8D**, spring **480A** is eliminated and press **400B** is made heavier than the plunger. Thus, the press will be initially held down by its weight and the plunger will therefore be initially up inside the body when vertical, as illustrated in FIG. **8B**. Hence, the plunger will be at an initial 'close' position, opposite to what was described for FIGS. **1A-7C** where the plungers are at an initial 'away' position prior to loading. The user will then have to move press **400B** back or upward (counterclockwise) to move the plunger to the 'away' position. To load, the user places loader **300B** on top of the magazine (not shown) without moving the press at all, as the press is down and the plunger is up. The user then forces the loader or body on the magazine to force down the plunger to press the rounds down deeper in the magazine. Following the insertion of a new round in the magazine, the user raises the loader and raises press **400B** for the rounds to be forced up by the spring of the magazine and for moving the plunger to the 'away' position as shown in FIG. **8A**.

Further, in another alternative embodiment ('B') and operation of loader **300B** of FIGS. **8A-8D**, press **400B** is eliminated, and a reduced force spring **480A** is positioned at hinge **500A** so as to lift up and keep plunger **200A** at the initial 'close' position, with minimal force. The plunger is coupled to and tiltable by hinge **500A**. I.e., the plunger is initially up, and can be lowered down inside the body with minimal force from above against its spring. One arm of spring **480A** is positioned at the under-side of the plunger to raise it up and the second arm is positioned on the inner upper side of the front wall of the body. Press **400B** is eliminated by, say, simply cutting it off at its top just before hinge **500A** or press retainer **460** (FIG. **8D**); press retainer **460** remains and keeps plunger **200A** coupled by hinge **500A** to the body.

To load, the user just places the loader on top of the magazine, force down the loader so that the raised plunger **200A** presses the topmost round down further into the magazine to provide sufficient vacant space, and inserts a new round rearwardly in the vacant space, as explained previously. Then, without doing any other action, the user lifts or raises the loader up along the magazine sufficient for the plunger to angle down (FIG. **8C**) in a clockwise direction, against the low spring **480A** force. The plunger angles down by the force of the newly-loaded topmost round **13** pressing on it from above as the loader is raised by the user along and on the magazine, while the magazine remains on the solid surface. The plunger will then eventually be momentarily at the 'away' position and will flip or move back up by spring **480A** to the 'close' position once clear from and above round **13**. Hence, a new round was loaded and a new loading cycle can begin.

Still further, in another alternative embodiment ('C') and operation of loader **300B** of FIGS. **8A-8D**, press **400B** is eliminated as described immediately above as in the alternative embodiment 'B', and spring **480A** is also eliminated so that the plunger is free to tilt around hinge **500A**. Plunger **200A** will then be able to move to the 'close' position if the loader is tilted sufficiently from the vertical in a direction for it to

US 7,637,048 B2

17

move or tilt by gravity towards the 'close' position. Once tilted towards the 'close' position, the plunger will be contacted or pushed from its under-side by the topmost round to reach the 'close' position when the loader is forced on the magazine to start a new loading cycle. The plunger will then force down the topmost round for creating a vacant space below the lips for inserting a new round in. Then the user will raise the loader sufficient to free the plunger from between the two topmost rounds by (clockwise) rotation (FIG. 8C) bringing it to the 'away' position, and will tilt the loader once more so that the plunger will tilt from the 'away' position towards the 'close' position as described for starting another loading cycle.

Aligner **52**, or any other aligner, inside the body, if installed, operates the same as explained previously. This press and plunger configuration can also be modified and altered in many ways under the principles described here.

Description—FIG. 8E

FIG. 8E is a simplified perspective view of a forth alternative loader **300**C comprising body **320**B and a forth alternative press **400**C. It is built much the same as loader **300**B with plunger **200**A, but here press **400**C includes an alternative ring **410**A, similar to ring **410** of FIG. 7C, and no urging spring (**480**A) between the press and the body. Ring **410**A is sized to accept at least one finger of the user (not shown).

Operation—FIG. 8E

Loader **300**C operates much the same as loader **300**B of FIGS. 8A-8D, but uses a press that can be retracted back to an 'away' position using at least one finger rather than using an urging spring, as press **400**A of FIG. 7C. Further, the user can also move the press and plunger from the 'away' position to the 'close' position using a finger. Eliminating the spring reduces parts count. This configuration can also be modified and altered in many ways, under the principles described previously.

Description—FIGS. 9A-9B

FIG. 9A is a simplified perspective view of a fifth alternative loader **300**D comprising body **320**B and a fifth alternative press **400**D. It is built much the same as loader **300**B of FIGS. 8A-8D with hinge **500**A and plunger **200**A, shown at the 'away' position. However here press **400**D is activated from the rear wall (not numbered) of the body, rather than from the front wall of the body (not numbered) as illustrated this far. Press **400**D comprises a force transport mechanism built of an elongated arm **490** hingely coupled to a rotating shorter arm **492** which is rigidly coupled to plunger **200**A through press arm **360**A with an internal pin or bar (not numbered). This articulated arm configuration also acts as a lever. Arm **490** has an opening (not numbered) along a portion of its length in through which a headed pin **496** is permanently secured to body **320**B, and an extension spring **480**B is connected between pin **496** and the right side of the opening. At the left end of arm **490** is a boss **494** or handle designed to be pushed by at least one finger. Alternatively, spring **480**B may be replaced by a torsion spring (not shown) at hinge **500**A of the body as discussed above.

FIG. 9B shows press **400**D moved to raise the plunger to the 'close' position inside the body. Spring **480**B is shown stretched by the force acting on the press.

Operation—FIGS. 9A-9B

Loader **300**D operates much the same as loader **300**B of FIGS. 8A-8D and the other loaders described, but now the user presses or squeezes boss **494** towards the body with one or more fingers to raise the plunger to the 'close' position. Arm **490** transports the force from the finger, stretching

18

spring **480**B, to cause arm **492** to turn clockwise, as shown by the curved arrow in FIG. 9A, hence raising the plunger to the 'close' position. The loader is then forced down on the magazine to create a vacant space for loading a new round. Spring **480**B pulls back arm **490** and hence the plunger to the 'away' position when the boss is released and the loader is raised. This press configuration can also operate without spring **480**B if the finger pulls back the boss if replaced by a ring. This force transport configuration can also be modified and altered in many ways, under the principles described here.

Description—FIG. 9C

FIG. 9C is a simplified perspective view of a sixth alternative loader **300**E, but where the plunger is initially at the 'close' position. It comprises a body **320**D, a sixth alternative press **400**E, plunger **200**A, hinge **500**A, and is built very similar to loader **300**D of FIGS. 9A-9B. Again, the press is activated from the rear wall (not numbered) of the body as with press **400**D, and comprises the force transport mechanism of press **400**D. Press **400**E comprises an elongated arm **490** hinged to a rotating shorter arm **492** which is rigidly coupled to plunger **200**A through press arm **360**A with an internal pin or bar (not numbered). This configuration also acts as a lever. Press **400**E is very similar to press **400**D of loader **300**D but here the plunger is made to be at the initial or first 'close' position raised up inside the hollow body (as described above for the alternative embodiment of FIGS. 8A-8D when spring **480**A is absent). I.e., an inverse or opposite connection or coupling of arm **490** to plunger **200**A exists such that the direction of the plunger movement is opposite that of loader **300**D of FIG. 9A. This is achieved by changing the angles of connection between arm **490**, arm **492**, and the plunger as shown.

Operation—FIG. 9C

Loader **300**E is similar in operation to loader **300**D of FIGS. 9A-9B. However here the user presses or squeezes boss **494** towards the body with one or more fingers to lower the plunger to the 'away' position, not shown, rather than raising the plunger to the 'close' position when activating the press. To load a new round in a magazine, the loader with its plunger at the initial 'close' position is placed on the magazine (not shown) and forced down on it (without activating the press) to create a vacant space for loading a new round. A new round is then inserted in the vacant space. The user then eases the downward force on the loader so that the spring of the magazine raises all the rounds up as explained before, and while doing so, the user presses boss **494** with a finger so to move the plunger from its 'close' position to the 'away' position (not shown) to release the plunger from between the two topmost rounds and the magazine. Arm **490** transports the force from the finger, stretching spring **480**B, to cause arm **492** to turn counterclockwise, as shown by the curved arrow, hence lowering the plunger. Spring **480**B pulls back arm **490** and hence the plunger to the 'close' position when the boss is released. This press configuration can also operate without spring **480**B if the finger pulls back the boss if replaced by a ring. This force transport configuration can also be modified and altered in many ways, under the principles described.

Description—FIG. 9D

FIG. 9D is a simplified perspective view of a seventh alternative loader **300**F comprising body **320**B and a seventh alternative press **400**F. It is built much the same as loader **300**B to **300**E with plungers **200**A and hinge **500**A, but here press **400**F is activated from a side wall (not numbered) of the body rather than from the front or back wall of the body (not numbered) as described above. Press **400**F comprises an

US 7,637,048 B2

19

elongated lever **498**, parallel with the body's side wall, which is rigidly coupled to plunger **200A** through press arm **360A** with an internal pin or bar (not numbered). This configuration also acts as a lever. Lever **498** has a ring or upper thumb cover **499** at its distal left end where a thumb **497** is shown.

Operation—FIG. 9D

Loader **300F** operates much the same as the other loaders described, but now the user lifts thumb **497** while holding the loader over the magazine (not shown) to raise lever **498** and hence the plunger to move the plunger from an 'away' position to a 'close' position. Once the plunger touches and rests on the topmost round, the user may lower the thumb and grasp the body firmly to forced down the loader on the magazine to create a vacant space for loading a new round. The weight of the press, lever **498**, and cover **499** may cause the plunger to angle down naturally to its 'away' position, so that a pull-back spring (not shown) is not necessary, but recommended. A circular thumb ring may replace cover **499** so the user can easily move the lever up and down. This lever configuration can also be modified and altered in many ways, under the principles described previously.

A stop or limit, not shown, as a pin or a bar or in hinge **500A**, is incorporated in loaders **300B** to **300F** of FIGS. 8A-9D to limit the angle of the plunger to the α angle (FIG. 1B) when in the 'close' position and to counter resist the force from the magazine's spring when loading.

Description—FIG. 10A

FIG. **10A** is a simplified perspective view of a first alternative aligner **520** having two wings **590** with the same basic construction as aligner **52** described above for FIG. **5**. Aligner **520** is positioned below bridge **380** (or 38) and is made to move only up and down in the main body on rails or limiters (not shown). In one instance, a compression spring **580** is positioned between aligner **520** and bridge **380**. Spring **580** has the same function as aligner spring **58** previously described. At another instance, aligner **520** may have one or more extension springs **585** connected to its bottom on one side and to the main body of the loader on the other side, for exerting a downwards force on the aligner in a manner similar to the described above.

Operation—FIG. 10A

Aligner **520** is built and works much the same as aligner **52** but now in is movable in a linear path up and down as shown by the double-headed arrow. Compression spring **580** keeps the aligner pressured on the magazine to have the magazine align itself centrally between wings **590**. Aligner **520** will move up when aligning a magazine and back down when the loader is lifted up. The same operation applies when using spring **585** instead of spring **580**.

Description—FIG. 10B

FIG. **10B** is a simplified front view of a second alternative aligner **595** constructed internally and symmetrically between to opposite sidewalls of body **320**, or any other body, below bridge **380** (or 38). Aligner **595** is a minimal aligner comprises two smooth flat leaf spring members or wings (here shown only the side view) attached to the lower internal part of the body and extend and come closer symmetrically upwards within. Alternatively, aligner **595** may be attached oppositely below the bridge and extend symmetrically downwards (not shown) for doing the same.

Operation—FIG. 10B

Aligner **595** has similar aligning function as aligner **52** of FIG. **5**. Springy wings **595** force an off-center magazine inserted from below to be centered at its top inside the body.

20

Each wing will move outwardly, in the direction of the arrow drawn, until the pressure on both wings is equal, therefore aligning the magazine in the body.

CONCLUSION, RAMIFICATIONS, AND SCOPE

The reader will see that we have provided an efficient, pocket-size, comfortable, and safe magazine loader comprising few parts that can load single and double-stacked magazines, and rounds of different calibers. This is done without any adjustments, inserts, or modification to the loader.

While the above description contains many specificities, these should not be construed as limitation on the scope, but rather as an exemplification of one preferred embodiment.

All numerical values provided are approximate, and are variable to adapt to other magazines or round types and or sizes. The following are further examples of some but not all variations and ramifications:

The loader described is constructed to fit and operate with most pistol, handgun, and some submachine-gun magazines available in the market. It can be altered to fit other magazines and calibers provided a suitable change in dimensions is made in the loader.

The loader, as well as its components, may be made of separate or different plastic materials, or, alternatively, of other materials, such as aluminum or steel, or any combination thereof.

Various other spring types or other mechanical means or methods may replace either of the two torsion springs mentioned. Such can be a double torsion-spring, a flat steel spring, a flexible rubber, or a flexible polymer spring member.

The loader may also be constructed without the aligner, or may include insertable spacer(s) to cater for magazines of different dimensions. Such may be the case with a loader for specific magazines or unique magazines where an aligner is not requested or needed.

Although it was described that an angle of α degrees down from the horizontal is suitable for loading rounds ranging preferably from .380 up to .45 caliber, different plunger angles may be chosen. A loader for a specific magazine, or a limited-range of magazines or calibers, may have a different angle or range of angles. This mainly depends on the caliber and height of the front wall of the magazine—to allow the plunger to provide sufficient vacant space and to retract back easily.

Plunger **20** may include ribs in its construction to strengthen it so it will not break or dent under pressure by the spring of the magazine. It may also be of uniform thickness, and also be thinner if stronger material is chosen. It may also be flexible under certain circumstances.

The loader can be held in the hand and operated opposite to the manner illustrated in FIG. 4A, i.e., the fingers may clutch the press instead of the body of the loader. The same operation applies as previously described.

Many types of presses can be designed for the loader for moving the plunger between its two main positions—'away' and 'close' position, or vise-versa. Only few types were described above. They would all share the basic method of loading and moving the plunger here described and would be constructed similar to what we have described in this document.

Hinge **50**, **500** or **500A** or similar may be positioned elsewhere on the body and press. For example, the hinge may be positioned anywhere between the locations of the current hinges, e.g., midway between the bottom and the top of the front wall of the body, and accordingly changed in the press.

US 7,637,048 B2

21

The body of the loader may be split into two or more parts, connected or not, or may have openings to reduce weight or add functionality.

A lock mechanism may be included in the loader to lock and keep the press closed so to reduce its size for transport and storage. Such lock was not included in the drawings.

The plunger can also be used for assisting unloading of rounds from the magazine—under certain operational sequence.

The described loader can be thoroughly amended to load also rifle and submachine gun magazines.

A detachable or fixed container may be added to the loader or a similar loader for holding loose rounds which are automatically fed to the loading device as the press is operated.

A different aligner may be built under the same method described above where a magazine is automatically centered and aligned in a loader, inline with the plunger of the loader. As an example, the aligner may be built using only a single metal wire formed in the general contour and dimensions of aligner 52.

Many other types of stop or break mechanisms numbered 34 and 44 may be built for limiting the movement of the press.

An industrial machine using the methods and plunger described here may be designed for mass loading rounds into pistol magazines. This machine may be used in military armories, shooting ranges, and in production plants.

An electromechanical device, as an electric motor, solenoid, and a power source (batteries or AC line), and a controller or switch, may be included in a modified loader, or with the above described machine to automate the loading operation.

Accordingly, the scope of the invention should be determined, not by the embodiments illustrated, but by the appended claims and their legal equivalents.

The invention claimed is:

1. An accessory for facilitating the loading of rounds into a firearm magazine having an open top side with lips and which holds one or more columns of rounds therein and urges said rounds to and feeds said rounds from said open top side of said magazine, comprising:

 a hollow body shaped and sized to fit over said open top side of said magazine, said hollow body having an open bottom that can accept said magazine when said top side of said magazine is inserted into said open bottom, said hollow body having a plurality of sides extending up from said open bottom,

 a press coupled to one of said sides of said body so that said press can be moved between first and second positions, said first position being relatively distant from said one side of said body and said second position being relatively close to said one side of said body,

 a plunger coupled to said press, said plunger projecting from said press and having a free end,

 said press and said plunger being arranged and positioned so that

  (a) when said press is in said first position, said plunger is substantially clear from over said open top side of said magazine so that said magazine can urge any round or rounds in said magazine to said open top side,

  (b) when said press is moved from said first to said second position, said plunger will move to over said open top side of said magazine so that when said hollow body is pushed down on said magazine said free end of said plunger will push down any round or rounds in said magazine so to create a vacant space at

22

said open top side of said magazine below said lips of said magazine and above said plunger,

  (c) when said press is moved from said second to said first position, said plunger will move away so as to be clear from said open top side of said magazine,

 whereby when said hollow body is fitted over said magazine, said press can be moved between said first and second positions, such that in said first position, said plunger will be away from said open top side of said magazine, and in said second position said plunger will be over said open top side of said magazine and said hollow body can be pushed further onto said magazine to push a topmost round in said magazine away from said open top side of said magazine to facilitate loading of a new round into said vacant space above said plunger, where said new round is in the magazine above said plunger and below said lips of said magazine, and when said press is moved to said first position said plunger is extracted from below said new round, and any round in said magazine is urged against said open top side of said magazine, thereby facilitating loading of rounds into said magazine easily and painlessly.

2. The accessory of claim 1, further including a spring member arranged to urge said press to said first position.

3. The accessory of claim 1 wherein said press has a pair of sidewalls extending toward said body and external thereto so as to enclose the space between said body and said press.

4. The accessory of claim 1 wherein said hollow body has two opposite sides with tops and a bridge extending between and joining said tops.

5. The accessory of claim 1 wherein said plunger is substantially flat and rigid.

6. The accessory of claim 1 wherein said plunger has a proximal end attached to said press and opposite said free end being distal from said press, said plunger being angled down such that said distal free end is lower than said proximal end when said press is in said second position and said body is vertically positioned.

7. The accessory of claim 6 wherein said plunger angles down substantially 28 to 38 degrees from the horizontal when said press is in said second position and said hollow body is vertically positioned.

8. The accessory of claim 1, further including an aligner operatively coupled to said hollow body for centering or aligning said open top side of said magazine with respect to said plunger when said body is on said magazine and said magazine is narrower than said hollow body.

9. The accessory of claim 8 wherein said aligner comprises an inverted V-shaped member having tapering legs with tops, said legs being joined at said tops, said legs tapering so that their bottoms are narrower than said tops when said aligner is seen in an inverted-V configuration.

10. The accessory of claim 8 wherein said aligner further includes a spring member coupled to said body and arranged to urge said aligner onto said open top side of said magazine.

11. The accessory of claim 1 wherein said press is coupled to said body by hinge means for pivotally coupling said press to said body, said hinge means positioned at a bottom of said press and at a bottom of said body.

12. The accessory of claim 1 wherein said press is arranged to move in and out parallel to said body between said second and said first positions, respectively.

13. The accessory of claim 1 wherein said press has an operating ring so that said press can be moved manually between said second and said first positions.

**14**. The accessory of claim **1** wherein said press is coupled to said body by hinge means for pivotally coupling said press to said body, said hinge means positioned at a top of said press and at a top of said body.

**15**. The accessory of claim **14** wherein said press has a pressing area with a size sufficient for moving said press manually between said first and said second positions.

**16**. The accessory of claim **14** wherein said press comprises a force transport mechanism adapted to allow said press to move between said first and said second positions.

**17**. The accessory of claim **14** wherein said press comprises a lever mechanism adapted to allow said press to move between said first and said second positions.

**18**. A method of loading a firearm magazine having a spring and a follower and an open side with lips and arranged to hold a plurality of rounds, where said spring and follower urges said rounds to said open side, comprising:

provided a housing fittable over said open side of said magazine, said housing including a press and a plunger coupled to said press, said plunger having a free distal end, said plunger being moveable by said press between two positions: an away position where said plunger is not over said follower or any rounds above said follower, and a close position where said plunger is over said follower or any rounds above said follower,

positioning said housing over said open side of said magazine with said plunger in said away position,

moving said press so that said plunger moves to said close position over said follower or any rounds above said follower,

forcing said housing further onto said magazine so that said free distal end of said plunger pushes said follower or any round or rounds above said follower away from said open side and thereby creates a vacant space at said open side of said magazine below said lips and above said plunger,

inserting a new round into said vacant space in said magazine,

reducing said force on said housing and said press so as to allow said spring to urge said new round and any rounds below said new round against said lips of said magazine and so that said plunger will move to said plunger's away position not over said follower or any rounds above said follower,

whereby by sequentially operating said press so that said plunger moves from said plunger's away to said plunger's close position, forcing said housing further onto said magazine, and inserting a new round into said vacant space, and releasing said force from said housing and moving said press to said plunger's away position, said magazine may be easily loaded with new rounds without having to use one's finger to directly push down any preloaded rounds, thereby preventing finger fatigue and injury.

**19**. The method of claim **18** wherein said plunger is substantially flat and rigid.

**20**. The method of claim **18**, further providing spring means arranged to urge said press and plunger to said plunger's away position.

**21**. The method of claim **18**, further providing aligning means for aligning said open side of said magazine with respect to said plunger when said housing is positioned over said magazine.

**22**. The method of claim **18** wherein said press is coupled to said body by hinge means arranged to pivotally couple said press to said body, said hinge means positioned at a bottom of said press and at a bottom of said body.

**23**. The method of claim **18** wherein said press is coupled to said body by hinge means arranged to pivotally couple said press to said body, said hinge means positioned at a top of said press and at a top of said body.

**24**. A loading or inserting device for facilitating loading items into a magazine that is arranged to hold an individual item or plurality of individual items, said magazine comprising a container having a bottom, an enclosing side wall extending up from said bottom, and a top opposite said bottom, said top being at least partially open, and said magazine being arranged to urge said individual item or said plurality of items toward said top and receive and dispense said items individually at said top, said loader or inserting device comprising:

pushing means, a projecting member, and body means to hold, said body means mountable over said top of said magazine and arranged to hold said pushing means, said pushing means coupled to said projecting member,

said pushing means being moveable to a first position for causing said projecting member to be positioned over said top of said magazine for contacting or resting above said individual item or said plurality of individual items,

said body means being movable down onto said magazine when said pushing means is in said first position so that said projecting member will urge said individual item or said plurality of individual items to be moved away from said top of said magazine so as to create a space adjacent said top of said magazine for enabling an additional item to be inserted into said magazine,

said body means also being movable up and said pushing means also being moveable to a second position for causing said projecting member to be withdrawn from said top of said magazine and to allow said magazine to urge said additional item and said individual item or said plurality of individual items, against said partially open top of said magazine.

**25**. The loading or inserting device of claim **24** wherein said items are ammunition rounds and said magazine is a firearm magazine, said pushing means is a press, and said projecting member is a plunger.

**26**. The loading or inserting device of claim **24**, further including an aligner operatively coupled to said body for centering or aligning said top of said magazine with respect to said body means and said projecting member when said body is mounted over said magazine.

**27**. The loading or inserting device of claim **26** wherein said aligner comprises an inverted V-shaped member having tapering legs with tops, said legs being joined at said tops, said legs tapering so that their bottoms are narrower than said tops when said aligner is seen in an inverted-V configuration.

**28**. The loading or inserting device of claim **26** wherein said aligner further includes a spring member coupled to said body and arranged to urge said aligner onto said open top of said magazine.

**29**. An accessory for facilitating the loading of rounds into a firearm magazine having an open side and which holds one or more columns of rounds therein and urges said rounds to and feeds said rounds from said open side of said magazine, comprising:

a hollow body shaped and sized to fit over said open side of said magazine,

a press coupled to said body so that said press can be moved between first and second positions,

a plunger coupled to said press, said plunger projecting from said press and having a free end,

said press being positioned so that

US 7,637,048 B2

25

26

(a) when said press is in said first position, said plunger will extend over said open side of said magazine so that when said hollow body is pushed down in said magazine, said plunger will push down any round or rounds in said magazine,

(b) when said press is moved from said first to said second position, said plunger will move substantially clear from over said open side of said magazine so that said magazine can urge any round or rounds in said magazine to said open side,

(c) when said press is moved from said second to said first position, said plunger will move substantially over said open side of said magazine,

whereby when said hollow body is fitted over said magazine, said hollow body can be pushed further onto said magazine to push a topmost round in said magazine away from said open side of said magazine to form a vacant space adjacent said open side of said magazine to facilitate loading of a new round into said vacant space, said press can be moved between said first and second positions, such that in said second position, said plunger will be substantially clear from over said open side of said magazine, and when said plunger is substantially clear from over said open side of said magazine, any round in plunger will be substantially clear from over said open side of said magazine, and when said plunger is substantially clear from over said open side of said magazine, any round in said magazine can be urged against said open side of said magazine, thereby facilitating loading of rounds into said magazine easily and painlessly.

30. The accessory of claim 29, further including a spring member arranged to urge said press to move to said first position.

31. The accessory of claim 29, further including an aligner operatively coupled to said body for centering or aligning said open side of said magazine with respect to said body and said plunger when said body is mounted over said magazine.

32. The accessory of claim 31 wherein said aligner comprises an inverted V-shaped member having tapering legs with tops, said legs being joined at said tops, said legs tapering so that their bottoms are narrower than said tops when said aligner is seen in an inverted-V configuration.

33. The accessory of claim 31 wherein said aligner further includes a spring member coupled to said body and arranged to urge said aligner onto said open top of said magazine.

34. An accessory for facilitating the loading of rounds into a firearm magazine having an open side and which holds one or more columns of rounds therein and urges said rounds to and feeds said rounds from said open side of said magazine, comprising:

a hollow body shaped and sized to fit over said open side of said magazine,

a plunger coupled to said body by hinge means so that said plunger can moved between a first or initial position and a second position, said plunger having a free distal end, said plunger being movable so that

(b) when said hollow body is raised up, said plunger will move to said second position substantially clear from over said open side of said magazine so that said magazine can urge any round or rounds in said magazine to said open side,

whereby when said hollow body is fitted over said magazine, said hollow body is pushed further onto said magazine to push a topmost round in said magazine away from said open side of said magazine to form a vacant space adjacent said open side of said magazine to facilitate loading of a new round into said vacant space, and when said hollow body is raised up said plunger will move from said first to said second position, such that in said second position said plunger will be substantially clear from over said open side of said magazine, and when said plunger is substantially clear from over said open side of said magazine, all said rounds in said magazine are urged against said open side of said magazine, thereby facilitating loading of rounds into said magazine easily and painlessly.

35. The accessory of claim 34, further including a spring member arranged to urge said plunger to move to said first position.

36. The accessory of claim 34, further including an aligner operatively coupled to said body for centering or aligning said open side of said magazine with respect to said body and said plunger when said body is mounted on said magazine.

37. The accessory of claim 36 wherein said aligner comprises an inverted V-shaped member having tapering legs with tops, said legs being joined at said tops, said legs tapering so that their bottoms are narrower than said tops when said aligner is seen in an inverted-V configuration.

38. The accessory of claim 36 wherein said aligner further includes a spring member coupled to said body and arranged to urge said aligner onto said open side of said magazine.

* * * * *



US007503138B2

(12) **United States Patent**

Tal et al.

(10) Patent No.: **US 7,503,138 B2**

(45) Date of Patent: **Mar. 17, 2009**

(54) **MAGAZINE ALIGNER FOR PISTOL MAGAZINE LOADERS**

(76) Inventors: **Guy Tal**, P.O. Box 302, Rosh Ha'ayin (IL) 48103; **Ran Tal**, P.O. Box 302, Rosh Ha'ayin (IL) 48103

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 169 days.

(21) Appl. No.: **11/598,348**

(22) Filed: **Nov. 13, 2006**

(65) **Prior Publication Data**

US 2007/0107291 A1   May 17, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/736,005, filed on Nov. 14, 2005.

(51) **Int. Cl.**
*F41A 9/83*   (2006.01)
(52) **U.S. Cl.** ................................. **42/87**; 42/50; 89/33.1
(58) **Field of Classification Search** ..................... 42/18, 42/22, 49.02, 50, 87, 98, 106; 89/197, 33.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,019,542 A  *  2/1962  Manthos ........................ 42/18

| | | | |
|---|---|---|---|
| 3,252,237 A  * | 5/1966 | Korzeniewski ............ | 42/75.02 |
| 3,906,652 A  * | 9/1975 | Evans ............................ | 42/50 |
| 4,570,371 A  * | 2/1986 | Mears ........................... | 42/90 |
| 4,706,402 A  * | 11/1987 | Csongor ........................ | 42/87 |
| 4,719,715 A  * | 1/1988 | Howard ......................... | 42/87 |
| 4,799,323 A  * | 1/1989 | Musgrave ...................... | 42/90 |
| 4,993,180 A | 2/1991 | Upchurch | |
| 5,249,386 A | 10/1993 | Switzer | |
| 5,377,436 A | 1/1995 | Switzer | |
| 5,402,594 A  * | 4/1995 | Switzer ......................... | 42/90 |
| 5,417,003 A  * | 5/1995 | Claveau ......................... | 42/90 |
| D477,047 S | 7/2003 | Springer | |
| 6,817,134 B2* | 11/2004 | Newman ......................... | 42/87 |
| 7,257,919 B1* | 8/2007 | Farley ........................... | 42/87 |
| 2004/0020096 A1* | 2/2004 | Tal et al. ........................ | 42/87 |
| 2004/0159036 A1* | 8/2004 | Newman ......................... | 42/87 |

FOREIGN PATENT DOCUMENTS

WO   PCT/IL2006/000477   10/2006

* cited by examiner

*Primary Examiner*—Bret Hayes
(74) *Attorney, Agent, or Firm*—David Pressman

(57)   **ABSTRACT**

A magazine aligner is positioned inside a pistol magazine loader for centering the open side of magazines of different widths and depths when mounted into the loader to be in line with a round-inserting plunger of the loader. The aligner comprises an inverted "V"-shaped element adapted to accept the open side of magazines from below and includes a spring for keeping tension on the magazine.

**20 Claims, 3 Drawing Sheets**



**U.S. Patent**        Mar. 17, 2009        Sheet 1 of 3        US 7,503,138 B2



FIG. 1A

FIG. 1B

FIG. 1D

FIG. 1C

FIG. 1E

FIG. 1F

FIG. 1G

FIG. 1H

FIG. 1I

FIG. 1J



FIG. 2A     FIG. 2B     FIG. 2C

FIG. 2D



FIG. 3A

FIG. 3B

FIG. 3C

FIG. 3D

US 7,503,138 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# MAGAZINE ALIGNER FOR PISTOL MAGAZINE LOADERS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of our U.S. Provisional Patent Application Ser. No. 60/736,005, filed Nov. 14, 2005, and our PCT patent application Ser. No. PCT/IL2006/000477, filed Apr. 20, 2006.

## BACKGROUND

1. Field

The present application relates to firearm magazine loaders, particularly to an aligner for aligning magazines in such a loader.

2. Prior Art

Many small firearms, including pistols, assault rifles, and submachine guns, utilize and fire rounds (also known as cartridges and ammunition). Each round is substantially elongated and comprises a deep cuplike case (also known as a shell casing and sometimes also a cartridge), usually of brass, which is filled with an explosive propellant. At its rear or closed end, the case has a rim or flange containing a primer; the front and opposite end of the case is open. A bullet, slug, or head, usually of lead (optionally jacketed) is partially inserted into the open or front end of the case by crimping the case onto the bullet.

The rounds are held within and fed into the firearm from a magazine, also known as a clip. A detachable magazine has become dominant throughout the world. The term 'magazine' is broad, encompassing several geometric variations, including curved magazines. Most detachable magazines are similar, varying in form and structure, rather than in their general principles of operation.

Magazines usually take the form of an elongated container having a generally rectangular cross-section, which is attached to the underside of the firearm. Magazines are commonly made of aluminum alloys, plastic, steel, or a combination. They are usually closed on five sides and open on a sixth, upwardly facing, top, side, or end, and are substantially hollow. The top or open side has a rectangular opening and includes two round-retaining members, known as feed lips, that project into the opening. Magazines have an internal spring which urges a follower or pusher (a shaped piece of plastic or metal) toward the open side. The follower in turn urges the rounds as a group up against the lips. The lips act as a stop for the rounds so that they are not expelled from the magazine.

Rounds are stacked or oriented in the magazine such that the longitudinal axes of the rounds are substantially parallel and perpendicular to the direction of travel of the spring and follower. Adjoining rounds are oriented side-by-side, i.e., the bullets of adjacent rounds are next to each other, as are the cases.

The rounds are usually stacked in the magazine, either in a single straight column or in a staggered (zigzag) column (also called double-stacked or high-capacity) fashion. The latter magazines, being wider, achieve higher round capacity compared to single-column magazines of the same overall length.

Commonly, in pistol magazines and in some submachine gun magazines, whether staggered or not, the space between the retaining lips is smaller than the case diameter of the rounds so that the two lips of the magazine hold the topmost round. Magazines of most assault rifles and submachine guns contain staggered rounds, and in contrast to the above pistol

magazines, the topmost round is held in place by only a single lip. The latter magazines are not relevant here, so hereafter the term 'magazine' will mean magazines where two lips retain the topmost round.

Prior to use, a firearm magazine must be loaded, charged, or filled with rounds. When a magazine is being loaded, it is necessary to depress all previously loaded rounds to provide vacant space below the lips so an additional round can be inserted or loaded into this space. Each time another round is loaded the spring is further compressed, requiring more insertion force. When a magazine is fully loaded, the spring is fully compressed and exerts maximum upward force against the follower and rounds towards the lips.

Loading magazines is relatively time-consuming, tedious, and painful practice if done with bare fingers. Pain accumulates and intensifies as more rounds are loaded against the increasing spring pressure, thus slowing the loading process. When a plurality of magazines are to be loaded, much time is required, shortening reposing, training, or combat time. In combat circumstances, slow reloading can be life-threatening.

To increase loading speed and decrease finger pain, numerous magazine loaders have been developed. However, in the market there are many different pistol magazines. They differ in their round capacity, length, width, depth, round caliber, materials, adaptability to match magazine wells, shape of lips, and magazine locking or latching mechanism. Often, each pistol has its own unique magazine. Therefore, to accommodate the extremely wide range of magazines with all their mechanical variations, manufacturers of magazine loaders had to manufacture the following loader types:

1. loaders of different fixed sizes, basically described in U.S. Pat. No. 4,993,180 to Upchurch Feb. 19, 1991. Such is a family of three different size loaders from ADCO Sales Inc., shown at www.adcosales.com, and sold under the trademark Super Thumb models ST1, ST2 and ST3. Many other similar loaders from Glock Inc., SIG Arms, Springfield Armory and others exist comprising a hollow body with a fixed projecting member or plunger for inserting, pushing, or forcing rounds into a magazine;

2. loaders with an integral user-adjustable mechanism to fit the loader to a particular magazine, such as loaders (U.S. Pat. Nos. 5,249,386 and 5,377,436 to Switzer, Oct. 5, 1993 and Jan. 3, 1995, respectively) sold under the trademark HKS. These have different overall sizes and a magazine length adjuster or fitter in each (HKS has ten different magazine loaders in the market for covering most of the magazines available); or

3. loaders with inserts or spacers to accomodate different magazine widths, such as the loader model #104 shown at www.worldwideordnance.com and sold under the trademark Cambi (U.S. Pat. No. 6,817,134 to Newman Nov. 16, 2004) having four separate insertable spacers.

In summary, while there have been attempts to provide a mechanism for accepting a large range of different pistol magazines in a single magazine loader, none was able to do just that, and all are quite limited in the range of magazines they accept. Further, all existing 'adjustable' loaders have to be adjusted prior to use, and none has an automatic adjusting means.

## ADVANTAGES

Accordingly, one advantage of one or more aspects is to provide (a) a method and mechanism for allowing a wide range of different magazines to be loaded with a single maga-

US 7,503,138 B2

3

zine loader. Other advantages of various aspects are to provide (b) a durable mechanism that is automatically adjusted without user intervention prior or during loading, (c) a low-cost, small-size, lightweight mechanism comprising few parts, and (d) a mechanism that can be utilized in different types of prior-art magazine loaders and in future ones.

Still further advantages of various aspects will become apparent from a consideration of the drawings and ensuing description.

## SUMMARY

According to one aspect, a method and mechanism are provided for aligning magazines of different dimensions inside a magazine loader. This enables one loader to load rounds inside a range of magazines. This mechanism comprises an inverted "V"-shaped body (hereafter "aligner") hingely coupled to the body of the loader and adapted to accept the open end of the magazine as it is inserted into the loader from below. The aligner guides and aligns the magazine to the center line of the loader where a round's plunger is positioned, thereby enabling the plunger to force down the topmost round in the magazine. A spring member is fitted between the body of the loader and the aligner to keep the aligner in constant tension or pressure over the magazine. Thus, magazines of different widths and depths can be loaded without user intervention prior or during loading. Also, the length of the magazine and its Doorplate has no effect on the operation of the aligner and can be of any size.

## DRAWING FIGURES

FIG. **1**A is a perspective view of an aligning mechanism or 'aligner'.

FIG. **1**B to **1**D are representations of the aligner, where FIG. **1**B is a front view, FIG. **1**C is a top view, and FIG. **1**D is a side view.

FIG. **1**E is a front view of the aligner accepting an off-centered double-stack magazine.

FIG. **1**F is a front view of the aligner centering the double-stack magazine.

FIG. **1**G is a front view of the aligner with the double-stack magazine at a loading position.

FIG. **1**H is a side view of the aligner of FIG. **1**E.

FIG. **1**I is a side view of the aligner of FIG. **1**F.

FIG. **1**J is a side view of the aligner of FIG. **1**G.

FIG. **2**A is a front view of the aligner accepting an off-centered single-stack magazine.

FIG. **2**B is a front view of the aligner centering the single-stack magazine.

FIG. **2**C is a front view of the aligner with the single-stack magazine at a loading position.

FIG. **2**D is a perspective view of a loader coupled to a magazine and held by hand.

FIG. **3**A is a rear exploded view of the loader.

FIG. **3**B is a simplified perspective view of a first alternative aligner.

FIG. **3**C is a simplified front view of a second alternative aligner.

FIG. **3**D is a simplified perspective view of a third alternative aligner.

## DRAWING REFERENCE NUMERALS

**10** double-stack magazine
**12** round
**13** new round

4

**14** lip of double-stack magazine
**20** plunger
**30** loader
**32** body of loader
**37** arm of loader
**38** bridge
**40** press
**52** aligner
**53** aligner hole
**54** aligner hinge
**56** aligner pin
**58** aligner spring
**59** aligner wing
**60** hand
**90** center line
**100** single stack magazine
**114** lips of single stack magazine
**320** first alternative body
**380** alternative bridge
**520** first alternative aligner
**580** alternative aligner spring
**585** alternative aligner spring
**590** alternative aligner wings
**595** second alternative aligner
**20A** alternative plunger
**52A** third alternative aligner
**53A** hole of alternative aligner
**59A** wing of alternative aligner

## DETAILED DESCRIPTION—Preferred Embodiment—FIGS. **1**A to **3**A

FIG. **1**A is a perspective view of a preferred embodiment of an aligner **52** for aligning magazines within a magazine loader (**30** in FIG. **2**D). The aligner is preferably shaped as an inverted "V" i.e., comprises two inclined-apart spaced wings **59** coupled together at their top. The upper joined parts of the wings are closer than their bottom ends. The wings are symmetrical, having inner inclined faces or surfaces that are flat and smooth, and can be either parallel or slightly converging at their rears. At the rear of each wing is a through hole **53** for an aligner pin **56** (FIG. **3**A). When the aligner is seen in its inverted V-shaped configuration (FIGS. **1**B and **1**E), the wings preferably taper from wide at their tops where they are coupled together to narrow and somewhat sharp at their bottoms.

A front view of aligner **52** is shown in FIG. **1**B. The inverted V-shaped opening between wings **59** is clearly shown.

FIG. **1**C is a top view of the aligner and FIG. **1**D is a side view of the aligner with through hole **53** seen at the lower right of the wing. Note that when seen from the side, each wing is narrow at its top and flares out at its bottom.

FIG. **1**E is a front view of the aligner angled down, around pin **56** (FIG. **3**A) inserted through the through holes in the rear of the wings. The aligner is shown in an initial position inside a loader's body (**30** in FIG. **2**D) so as to enable the aligner to accept a magazine between its spaced wings **59**. In this example, the magazine is a double-stack magazine **10** shown before loading a new round and off-center to the right of a center vertical line **90**. Only one wing of the aligner touches the magazine in this example. Magazine **10** has lips **14** holding between them a topmost round **12**. The magazine also contains few rounds (not numbered) below round **12**. A sectional view of the loader's projecting member or plunger **20** (shown complete in FIG. **2**D) is shown centered between the wings of the aligner and spaced generally above topmost

US 7,503,138 B2

5 6

round 12. The role of the loader's plunger is to force, insert, or push the topmost round in the magazine further inside the magazine to provide a vacant space below the lips of the magazine so that a new round can be loaded in the vacant space.

FIG. 1F is a front view of the aligner still angled down with the open top side of the magazine now centered in the aligner. Hence, the magazine will also be centered in the body of the loader (not shown) and in line with respect to the plunger, along center line 90. Plunger 20 is directly above and close to topmost round 12, or it may contact or rest on the topmost round.

FIG. 1G is a front view of the aligner angled up with the magazine pushed into it from below. The magazine is centered in the aligner and body and with respect to plunger 20. The plunger forces round 12, and all other rounds, further inside the magazine. A new round 13 is shown loaded above the plunger.

FIG. 1H is a side view of the aligner and magazine as positioned in FIG. 1E, less the plunger. The aligner is angled down and the magazine positioned partially between the aligner's wings. The wings of the aligner engage the magazine approximately half way across the magazine's horizontal depth.

FIG. 1I is a side view of the aligner as shown in FIG. 1F, less the plunger, and FIG. 1J is a side view of the aligner as shown in FIG. 1G, less the plunger and round 13. The aligner is shown angled up in FIG. 1J.

FIGS. 2A to 2C are similar to FIGS. 1E to 1G, but with a single-stack magazine 100 having lips 114. The magazine is initially left of center line 90, in FIG. 2A.

A perspective view of a pistol magazine loader 30 with the aligner is shown in FIG. 2D. The loader is sold under the trademark "UpLULA" and is shown and described in our international patent application number PCT/IL2006/000477, U.S. Ser. No. 11/886,144, filed Sep. 12, 2007. Plunger 20 (partly shown in FIGS. 1E to 1G and in FIGS. 2A to 2C) is shown at an "away" position in the loader's press 40 held in a user's hand 60. The loader has a substantially hollow body 32 with an open bottom end which is inserted over or onto the top open side of magazine 10 and held substantially upright in an operating position. The bottom of the magazine is supported by a table or the like (not shown). The magazine is shown pushing aligner 52 up from below so that its wings 59 are visible and angled up. The magazine contains a topmost round 12. The body of the loader has a bridge 38 across two of its sides.

FIG. 3A is a rear exploded view of loader 30 of FIG. 2D. Only the aligner section is discussed. Magazine aligner 52 is coupled to the body of the loader by a rear hinge 54 (FIG. 2D) comprising aligner pin 56, body arms 37, and side holes 53 at the rear of aligner 52. Pin 56 is fixed through holes (not numbered) in arms 37 of the main body of the loader and through side holes 53 of the aligner. Side holes 53 thus provide a coupler or attachment means for attaching the aligner to the loader. An aligner helical torsion spring 58 is positioned at the rear of the aligner and is retained by pin 56 extending through the coil of the spring, as well as holes 53 of the aligner and the holes (not numbered) in arms 37 of the main body. The two arms of spring 58 are positioned so that one presses against the rear of the aligner and one presses against the external rear wall of the body to exert force to angle the

aligner down inside the body, as shown in FIG. 1H. Two projection lines show how all the parts assemble together.

Operation—Preferred Embodiment—FIGS. 1A to 3A

Our magazine loader provides substantial assistance to firearm users by enabling them to more safely, comfortably, and rapidly load pistol magazines without finger pain or injury.

Since pistol magazines come in varying dimensions and calibers, magazine aligner 52 enables a single pistol magazine loader to fit many magazines and round calibers. The aligner centers the open side of the magazine by its width in the loader rather than by its bottom or base of the magazine. This causes the loader's plunger to be centered above the topmost round in the magazine. If not centered, or without an aligner, a thin magazine may wiggle freely in the loader so that plunger 20 (FIG. 2A) may miss the topmost round and engage a lip of the magazine, or miss the magazine altogether. The length of the magazine is generally not important to the operation of the aligner; only the width and depth of the magazine are relevant. Using the aligning mechanism, the loader automatically adapts to fit both single and double-stack magazine widths, and with a wide size range of rounds, preferably from .380 up to .45 caliber, making the loader a more widely usable pistol magazine loader.

In addition to its usability in pistol magazine loader 30 of FIG. 2D, aligner 52 may be used in many other existing or future loaders. E.g., the aligner may be used, with or without modifications, with loaders having a plunger for pushing down rounds, such as those sold under the trademarks HKS, Cambi, ADCO, Glock, H&K, SIG, Wilson Combat, and others. The aligner is preferably made of plastic, but can also be made of metal or a combination.

The aligner operates as follows. At its initial position, the aligner is in the loader and preferably is angled approximately 45 degrees down, as best shown in FIG. 1H. It is pre-pressured at its rear (not shown) by an arm of spring 58 (FIG. 3A). When loading a magazine, the user usually mounts the loader on, say, a preloaded double-stack magazine 10 which is, say, off-centered as shown in FIG. 1E. The off-centered open side of the magazine reaches the inner smooth surface of, say, right wing 59 of the aligner as shown.

The user then forces the loader down further on the magazine, thereby causing the magazine to slide up against the inwardly-inclined internal surface of the right wing until the opposite top side of the magazine reaches the other wing of the aligner, as shown in FIG. 1F. I.e., the aligner has forced the magazine from an off-center position to a centered position. The magazine is now width-centered in the aligner and thus the loader, along center line 90. The force of spring 58 is sufficient to keep the aligner down as the magazine slides up along the aligner wing.

As the loader is pushed further down by the user, the spring-loaded aligner will start to angle up by the force of the magazine from below while keeping the magazine centered until plunger 20 engages the case of topmost round 12, as shown in FIG. 1G. The aligner keeps the open side of the magazine centered all along the downward distance of the loader as it is forced further down while the plunger forces down the topmost round further into the magazine to create a vacant space below the lips of the magazine.

The aligner is designed and arranged to align and center the magazine, preferably before the topmost round in the magazine reaches the plunger. Once a new round is loaded in the vacant space, raising the loader back up to start a new loading

US 7,503,138 B2

7

cycle causes the aligner to angle back down by force of spring **58** to its initial rest position as shown in FIGS. **1**E and **1**H.

Thus, the aligner is tilted all the way up for every round-loading cycle in the magazine. The same aligning action is achieved with thinner single-stack magazines as shown in FIGS. **2**A to **2**C. Since the aligner is hinged at its rear above the magazine, it is angled up by the magazine from below. The resistance of the inner surface of the two wings of the aligner on the side walls of the magazine causes the magazine to also move forward toward the front wall of the body and toward the plunger of the loader. This aids magazines of shorter depth to be loaded as well, as they are brought closer to the plunger in this loader example. While the magazine is centered at its upper open side by the aligner in the loader, the magazine may be off-centered at its bottom without interfering much with the loading process.

Hence, the aligner allows magazines of a variety of different widths, depths, and calibers to be centered and loaded in a single magazine loader, eliminating the need to manufacture spacers or loaders of various dimensions to match the variety of magazines available.

Description—First Alternative Embodiment—FIG. 3B

FIG. **3**B is a simplified perspective view of a first alternative aligner **520** having two wings **590** with the same basic construction as aligner **52** of FIG. **1**. Aligner **520** is positioned below a bridge **380** (or **38**) of the loader and is constructed to move in a straight line up and down in the main body on rails, sliders, or limiters (not shown), having no hinge. In one instance, a compression spring **580** is positioned between aligner **520** and bridge **380**. Spring **580** has the same function as aligner spring **58** previously described. In another variation, aligner **520** may have one or more extension springs **585** connected to its bottom on one side and to the main body of the loader on the other side for exerting a downwards force on the aligner in a manner similar to the described above. The round's plunger is not shown.

Operation—First Alternative Embodiment—FIG. 3B

Aligner **520** is built and works much the same as aligner **52** but is movable in a linear path up and down as shown by the double-headed arrow. Compression spring **580** keeps the aligner pressured on the magazine so that the magazine aligns itself centrally between wings **590**. Aligner **520** will move up when aligning a magazine and back down when the loader is lifted up. The same operation applies when using spring **585** instead of spring **580**, or if other pressure mechanism forces the aligner down to keep pressure on the magazine.

Description—Second Alternative Embodiment—FIG. 3C

FIG. **3**C is a simplified front view of a second alternative aligner **595** having two independent wings working independently of each other. Aligner **595** is constructed internally and symmetrically between two opposite sidewalls of an alternative loader body **320**, or any other loader body, below bridge **380** (or **38**) or another. Aligner **595** is a minimal aligner and comprises two smooth flat leaf spring members or wings (here shown only the side view), preferably made of plastic or metal, attached to the lower internal part of the body. The wings extend and come closer symmetrically upwards within the loader. Alternatively, aligner **595** may be attached oppo-

8

sitely below the bridge and extend symmetrically downwards (not shown) for doing the same.

Small turning wheels (not shown) may be attached to the distal ends of the springy wings to eliminate friction between the internal surface of the wings and the magazine. Alternatively, the springy wings **595** may be coated with low-friction material, such as PTFE, to reduce friction. The round plunger is not shown.

Operation—Second Alternative Embodiment—FIG. 3C

Aligner **595** has a similar aligning function as aligner **52** of FIGS. **1**. Springy wings **595** force an off-center magazine inserted in the loader from below to be centered at its top inside the body. Each wing will move outwardly, in the direction of the arrow, until the pressure on both wings is equal, thereby aligning the magazine center in the body.

Description—Third Alternative Embodiment—FIG. 3D

FIG. **3**D is a simplified perspective view of a third alternative aligner **52**A, with the same basic construction as aligner **52** of FIG. **1**, shown having two alternative wings **59**A without a top connection between them. Aligner **52**A has only a rear connection between the wings to allow an alternative projecting member or plunger **20**A to pass between the wings from above or within, as shown by the double-headed arrow. Thus, aligner **52**A has the same inverted V-shaped configuration as aligner **52** with internally inclined flat and smooth surfaces, and also a horizontal "U" shape if observed from the top (not shown). Two through holes **53**A are similar to holes **53** previously described for doing the same.

Operation—Third Alternative Embodiment—FIG. 3D

Alternative aligner **52**A is built and works much the same as aligner **52** described previously but allows a top plunger **20**A to vertically pass between the wings from above and/or operate between them to engage the top round in the magazine.

CONCLUSION, RAMIFICATIONS, AND SCOPE

The reader will see that we have provided an efficient, simple, and small mechanism and method for aligning magazines of different widths and depths in a magazine loader.

While the above description contains many specificities, these should not be construed as limitation on the scope, but rather as an exemplification of several preferred embodiments.

All numerical values provided are approximate and can be changed.

The aligner may be constructed to fit and operate with most pistol, and some rifle and submachine gun magazine loaders, provided suitable size and shape changes are made in the aligner and/or loader.

A different aligner may be built under the same method described above where a magazine is automatically centered and aligned in a loader, in line with the plunger of the loader. As an example, the aligner may be built using only a single (thick) metal wire formed in the general outer contour and dimensions of aligner **52**. Further, any mechanism or element which has an inverted V-shaped open bottom which is smooth

US 7,503,138 B2

9

and symmetrical on its inner faces may be used. I.e., the wings of the aligner, if any, may have many shapes.

An alternative aligner may be built where its two wings are not connected at all and work and align the magazine independent of each other. For example, the aligner of FIG. 3D having no rear connection (not shown) between its two wings **59**A such that each wing can move independent of the other. In such example, each wing will have its own spring or urging means to force the magazine to the center of the loader. Such configuration is also shown in FIG. 3C.

A horizontal V-shaped aligner which accepts a vertically-standing side wall of a magazine, e.g., a rear side wall, instead of its top open end, may also be constructed to accommodate a magazine placed from, e.g., the front of a loader. The magazine will be centered backwards into the loader, as opposed to a magazine placed from below into the loader as described above for the UpLULA loader.

Various other spring types or other mechanical means or methods may replace spring **58**.

An industrial machine using the aligner and method described here may be designed for mass loading rounds into magazines. This machine may be used in military armories, shooting ranges, and in production plants.

Accordingly, the scope should be determined, not by the embodiments illustrated, but by the appended claims and their legal equivalents.

The invention claimed is:

**1**. A mechanism for facilitating the aligning of an open side of a firearm magazine inserted into a magazine loader with respect to a projecting member or plunger of said loader which is arranged to force a topmost round in said magazine further inside said magazine so that a new round can be inserted into said magazine, comprising:

an inverted V-shaped member having two inclined-apart spaced legs or wings coupled together, the upper parts of the wings being closer than their bottom ends when said inverted V-shaped member is seen in its inverted V-shaped configuration,

a coupler for attaching said inverted V-shaped member to said magazine loader,

a spring member coupled to said inverted V-shaped member and to said loader and arranged to urge said inverted V-shaped member onto said open side of said magazine when said inverted V-shaped member is attached to said loader and a magazine is inserted into said loader,

whereby when said inverted V-shaped member is attached to said loader and said loader is placed and forced over said open side of said magazine, said open side of said magazine will be aligned by said inverted V-shaped member with respect to said plunger of said loader so that said plunger will be able to force a topmost round in said magazine further inside said magazine.

**2**. The mechanism of claim **1** wherein said legs or wings of said inverted V-shaped member have smooth and symmetrical sloping inner faces.

**3**. The mechanism of claim **1** wherein said legs or wings taper so that their bottoms are narrower than their tops when said inverted V-shaped member is seen in its inverted V-shaped configuration.

**4**. The mechanism of claim **1** wherein said coupler comprises a hinge for operatively coupling said inverted V-shaped member to said loader.

**5**. The mechanism of claim **4** wherein said hinge includes a pair of holes in said inverted V-shaped member arranged to align with a pair of mating holes in said loader and a pin extending through said holes in said inverted V-shaped mem-

10

ber and through said mating holes in said loader, said pin extending through said spring member.

**6**. The mechanism of claim **1** wherein said spring member is a torsion spring having a first arm contacting said inverted V-shaped member and a second arm arranged to contact a body of said loader when said inverted V-shaped member is coupled to said loader.

**7**. The mechanism of claim **1** wherein said legs or wings are coupled together at their top.

**8**. The mechanism of claim **1** wherein said legs or wings are coupled together at their rear.

**9**. For a firearm magazine loader arranged to receive a firearm magazine and having a projecting member or plunger which is arranged to force a topmost round in said magazine further inside said magazine, an aligner arranged to center an open top of said magazine with respect to said plunger of said magazine loader, comprising:

an alignment member having a top and an open bottom and a pair of walls that slope inwardly from said bottom to said top so as to provide an inverted V-shape,

said walls of said alignment member having smooth and symmetrical inwardly inclined faces adapted to receive and guide said open top of said magazine,

said alignment member having means for attaching said member to said loader,

said alignment member having means for urging said alignment member onto said magazine when said member is attached to said loader and said magazine is inserted into said loader,

whereby when said alignment member is attached to said loader, said alignment member will be able to align said open top of said magazine inserted into said loader with said projecting member or plunger regardless of the size of said magazine within a range of sizes.

**10**. The aligner of claim **9** wherein said means for urging comprises a spring.

**11**. The aligner of claim **10** wherein said spring is a torsion spring which has a first arm contacting said alignment member and a second arranged to contact a body of said loader when said alignment member is coupled to said loader.

**12**. The aligner of claim **9** wherein said means for attaching is a hinge.

**13**. The aligner of claim **12** wherein said hinge includes a pair of holes in said alignment member arranged to align with a pair of mating holes in said loader and a pin extending through said holes in said alignment member and said mating holes in said loader, said pin extending through said spring member.

**14**. The aligner of claim **9** wherein said pair of smooth and symmetrical inwardly inclined faces are coupled together at their top.

**15**. The aligner of claim **9** wherein said pair of smooth and symmetrical inwardly inclined faces are coupled together at their rear.

**16**. A method of centering or aligning a firearm magazine in a firearm magazine loader for enabling said loader to more reliably facilitate the loading of rounds into said firearm magazine, comprising:

providing a firearm magazine comprising a hollow body with an open top end, said firearm magazine being arranged to hold a stack of rounds therein,

providing a firearm magazine loader having a projecting member or plunger at a top thereof and an open end for receiving said magazine,

said firearm magazine being insertable into said open end of said firearm magazine loader,

US 7,503,138 B2

11

12

providing an aligner within said firearm magazine loader for causing said firearm magazine to be forced to a centered position in said firearm magazine loader when said firearm magazine is inserted through said open end of said firearm magazine loader,

said plunger being arranged to press down a top round in said magazine when said magazine is inserted through said open end of said firearm magazine loader and said magazine loader is operated,

whereby said aligner will center or align said magazine with said plunger so that said plunger will be directly in line with said top round in said firearm magazine when said firearm magazine is inserted into said open end of said loader, regardless of the size of said magazine within a range of sizes.

**17**. The method of claim **16** wherein said aligner comprises an inverted V-shaped member having two inclined and spaced legs or wings, the upper inner parts of said legs or wings being closer than their inner bottom ends when said inverted V-shaped member is seen in its inverted V-shaped configuration.

**18**. The method of claim **17** wherein said aligner further comprises a spring member coupled between said inverted V-shaped member and said firearm magazine loader and arranged to urge said inverted V-shaped member onto said open top end of said firearm magazine.

**19**. The method of claim **16** wherein said aligner comprises at least a pair of smooth flat leafy spring members or wings that can be attached on opposite sides of an internal body part of said firearm magazine loader so that said wings extends inwardly within said loader for forcing said firearm magazine, when placed in said loader, to align and be centered with respect to said plunger of said firearm magazine loader.

**20**. The method of claim **16** wherein said aligner is constructed to move linearly up and down without a hinge.

\* \* \* \* \*

# EXHIBIT 2

Amazon.com : Boomstick Gun Accessories Pistol Magazine Speed Loader Unloader, One Size ...                                 https://www.amazon.com/dp/B01L2KKPTC

Sports & Outdoors

| Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help |
| --- | --- | --- | --- | --- | --- |

Sports & Outdoors · Sports & Fitness · Outdoor Recreation · Sports Fan Shop · Outdoor Deals

Hunting & Fishing › Shooting › Gun Accessories, Maintenance & Storage › Gun & Ammunition Storage & Safes › Ammunition Magazine Pouches & Holders

Hello. Sign in
Account & Lists ·    Orders    Try Prime ·    Cart    0

**Boomstick Gun Accessories Pistol Magazine Speed Loader Unloader, One Size**

by Boomstick Gun Accessories

1 customer review

Roll over image to zoom in

Price: **$29.99** & **FREE Shipping** on orders over $49 Details

**Want it tomorrow, Nov. 22?** Order within 31 mins and choose One-Day Shipping at checkout. Details

Ships from and sold by Amazon.com. Gift-wrap available.

Only 12 left in stock (more on the way).

- Universal magazine speed loader/unloader
- Compatible with 9mm, 10mm, .357 40 and 45 caliber mags
- Compatible with 9mm, 10mm, .357 40 and 45 caliber mags including the 1911 mags and most 380ACP double stack mags
- Compatible with single and double stack pistols
- A loading rate of up to one round per second
- Speed up and simplifies the pistol loading process

New (1) from $29.99 & FREE shipping on orders over $49.00. Details

Share

☐ Yes, I want FREE Two-Day
   Shipping with Amazon Prime

Turn on 1-Click ordering for this browser

Qty: 1

Ship to:
WASHINGTON, DC 20001

BLACK FRIDAY
DEALS WEEK
in Sports Shop now ›

Page 1 of 2

**Customers Who Viewed This Item Also Viewed**

Maglula Ltd. UpLULA Pistol
Magazine Loader/Unloader,
Fits 9mm - 45 ACP Black,
UP60B
13,131
$22.00–$44.00

e-onsale All in one
Universal Magazine
Speedloader Fast
loader/unloader for pistols
9mm–.45
85

Universal Magazine Speed
loader/unloader for pistols
9mm–.45 Speedloader
5
$12.99

MAKERSHOT Custom
9mm Caliber Magazine
Speedloader (Select Your
Magazine)
336
$12.99

Top Shot Pros - Magazine
Speed Loader - Single or
Double Stack - 9mm/10mm
/357/40/44/45ACP/1911...
39
$12.99

SINGLE STACK Magazine
loader RAE-702 for Pistol
Magazines of many
calibers Springfield M&P...
115
$11.99 - $14.35

UpLULA - 9mm to 45ACP
Maglula Uplula Pistol
Speed Magazine Loader
Loads all 9mm, Luger...
530
$36.01

**Sponsored Products Related To This Item** (What's this?)

Maglula UpLULA
Magazine Speed Loader
9mm–.45 ACP Black UP60B
939
$22.00

Ultimate Belly Band
Holster for Concealed
Carry Black | Fits Gun
Smith and Wesson...
643
$39.95

Howard Leight by
Honeywell Impact Sport
Sound Amplification
Electronic Earmuff,...
4,132
$38.72

Double Stack Tuckable
IWB Mag Pouch. Fits
9mm .40 cal. .45 ACP
(Sig Sauer P226; P229)
26
$14.95

MAKERSHOT Simple
Loader - Speed Loader
Combo Pack. Black
Single Stack + Orange...
12
$10.99

"Thumb Saver" Speed
Loader Ruger LC9 9MM
Easy Magazine Loader
Multiple Colors (Orange)
$9.99

MAKERSHOT Custom
9mm Caliber Magazine
Speedloader (Springfield
XD/M) (Magazine)
336
$12.99

Page 1 of 8

1 of 4

11/21/2016 2:18 PM