**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MAGLULA, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br><br>Defendants. | Civil Action No. 1:19-cv-01570-LO-IDD |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION AND, AS A RESULT, DISMISS OR, IN THE ALTERNATIVE, STAY THIS ACTION**

Defendants Amazon.com, Inc. and Amazon.com Services, Inc. respectfully move this Court to compel arbitration of all of Plaintiff Maglula, Ltd.'s claims and, as a result, dismiss, or in the alternative, stay this action. Pursuant to Eastern District of Virginia Local Civil Rule 7(F)(1), the grounds for this motion are more fully set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and, as a result, Dismiss or, in the Alternative, Stay This Action. A proposed order is attached.

Dated: February 5, 2020

By: */s/ Justin P.D. Wilcox*

Justin P.D. Wilcox (#66067)
John M. Desmarais (*pro hac vice* admission pending)
Laurie Stempler (*pro hac vice* admission pending)
Priyanka R. Dev (*pro hac vice* admission pending)
Thomas Derbish (*pro hac vice* admission pending)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jwilcox@desmaraisllp.com
jdesmarais@desmaraisllp.com
lstempler@desmaraisllp.com
pdev@desmaraisllp.com
tderbish@desmaraisllp.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

Dated: February 5, 2020

By: */s/ Justin P.D. Wilcox*

Justin P.D. Wilcox (#66067)
John M. Desmarais (*pro hac vice* admission pending)
Laurie Stempler (*pro hac vice* admission pending)
Priyanka R. Dev (*pro hac vice* admission pending)
Thomas Derbish (*pro hac vice* admission pending)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401
Email: jwilcox@desmaraisllp.com
jdesmarais@desmaraisllp.com
lstempler@desmaraisllp.com
pdev@desmaraisllp.com
tderbish@desmaraisllp.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon.com Services, Inc.*