IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MAGLULA, LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br><br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-01570-LO-IDD |

**PLAINTIFF MAGLULA, LTD.'S MOTION FOR RULE 37 SANCTIONS**

Pursuant to Federal Rule of Civil Procedure 37(b) and Local Civil Rule 37(H), Plaintiff Maglula, Ltd. ("Maglula") moves the Court to impose sanctions against Defendants Amazon.com, Inc., and Amazon.com Services LLC[1] for their repeated failures to comply with the Court's November 20, 2020, Order granting Maglula's Expedited Motion Pursuant to Fed. R. Civ. P. 37(a) to Permit Entry onto Land for Inspection and to Compel Supplemental Response to Interrogatory No. 2. Dkt. No. 163.  Pursuant to Local Civil Rule 7(E), the parties met and conferred on December 11, 2020, in a good-faith effort to narrow the area of disagreement. The parties were unable to resolve the issues. The grounds for this motion are fully set forth in the accompanying brief and supporting exhibits.

---

[1] Effective December 30, 2019, Amazon.com Services, Inc. converted into a Delaware limited liability company, Amazon.com Services LLC.

| | |
|---|---|
| Dated: December 31, 2020 | Respectfully submitted,<br><br>  /s/ Jeffrey A. Berkowitz  <br>Jeffrey A. Berkowitz (Virginia Bar 65149)<br>jeffrey.berkowitz@finnegan.com<br>John Mulcahy (Virginia Bar 71305)<br>john.mulcahy@finnegan.com<br>Jency J. Mathew (*pro hac vice*)<br>jency.mathew@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**GARRETT & DUNNER, LLP**<br>1875 Explorer Street, Suite 800<br>Reston, VA 20190-6023<br>Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400<br><br>Gerald F. Ivey (*pro hac vice*)<br>gerald.ivey@finnegan.com<br>Danny M. Awdeh (*pro hac vice*)<br>danny.awdeh@finnegan.com<br>Naresh Kilaru (*pro hac vice*)<br>naresh.kilaru@finnegan.com<br>David K. Mroz (Virginia Bar 94011)<br>david.mroz@finnegan.com<br>Sonja W. Sahlsten (*pro hac vice*)<br>sonja.sahlsten@finnegan.com<br>Jorge F. Gonzalez (*pro hac vice*)<br>Jorge.gonzalez@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**GARRETT & DUNNER, LLP**<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>Telephone: (202) 408-4000<br><br>Morgan E. Smith (*pro hac vice*)<br>morgan.smith@finnegan.com<br>Benjamin F. Tookey (*pro hac vice*)<br>benjamin.tookey@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>**GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 849-6600<br><br>*Counsel for Plaintiff Maglula, Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I electronically filed the foregoing PLAINTIFF MAGLULA, LTD.'S MOTION FOR RULE 37 SANCTIONS with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

        /s/ Jeffrey A. Berkowitz
Jeffrey A. Berkowitz (Virginia Bar No. 65149)
jeffrey.berkowitz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
Telephone:  (571) 203-2700
Facsimile:   (202) 408-4400

*Counsel for Plaintiff Maglula, Ltd.*