Date: 1/08/2021             Judge: Ivan D. Davis
                                                 Reporter: S. Wallace

Start: 10:34 a.m.
Finish: 3:15 p.m.

Civil Action Number: 1:19-cv-1570

Maglula, Ltd.

vs.

Amazon.Com, Inc., et al

Appearances of Counsel via Zoom for (x) Pltf (x) Deft

Motions argued and:

[212] Plaintiff's Motion for Sanctions – Denied;

[219] Plaintiff's Motion to Compel – Granted in part and Denied in part;

[226] Plaintiff's Motion for Sanctions for Spoliation – Granted in part.

Order to follow.