# EXHIBIT ZZZZ

amazon prime | Sports & Outdoors | Hello, Guy Account & Lists | Orders | Prime | 0 Cart

Deliver to Guy Pine Brook 07058 | Whole Foods | Today's Deals | Best Sellers | Help | Guy's Amazon.com | New Releases | Sell | Shop Happy HoliDeals

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

# Amazon Best Sellers

Our most popular products based on sales. Updated hourly.

‹ Any Department
‹ Sports & Outdoors
‹ Sports & Fitness
‹ Hunting & Fishing
‹ Shooting
‹ Gun Accessories, Maintenance & Storage
Gun Parts & Accessories
Grips
Gun Holders
Gun Sights
Gun Stocks
Gun Stock Accessories
Locks
**Magazine Loaders**
Monopods & Bipods
Recoil Pads
Swivels

Ad feedback

## Best Sellers in Gun Magazine Loaders

#1

Maglula UpLULA Magazine Speed Loader 9mm, 0.45 ACP UP60B
13,514
$27.82 prime

#2

MakerShot Custom Magazine Speedloader (Select Your Magazine)
3,364
$12.99

#3

Maglula ltd. UpLula Magazine Loader/Unloader, Fits 9mm-45 ACP, Brown UP60BO
828
$27.49 prime

#4

Maglula Ruger 10/22 .22LR LULA Rifle Magazine Speed Loader & Unloader Set LU30B
145
$37.95 prime

#5

maglula BabyUpLULA .22LR-.380ACP Pistol Magazine Loader Polymer
998
$28.84 prime

#6

1006407 maglula Ltd. UpLULA Universal Pistol Magazine Loader-Dark Green
495
$28.56 prime

#7

RAEIND Speedloaders Magazine Loader Tools for SIG SAUER Handguns Double or Single Stack…
96
$12.98

#8

1006409 Maglula UpLULA Universal Pistol Magazine Loader-Lemon
577
$31.93 prime

#9

HKS 587-A Revolver Speedloader for S&W 686 (7-Shot), Taurus 617, 817, 827, 66 (7-Shot)
621
$9.99 prime

#10

Maglula UP60PR Uplula Universal Pistol Magazine Loader & Unloader, Purple
297
$28.56 prime

EXHIBIT 5
11-20-20
Preston Holland

New Releases
in Gun Magazine Loaders

Most Wished For
in Gun Magazine Loaders

#11

Ruger Mark II, III, IV, 22/45, Browning Buck Mark magazine loader, Hilljak Quickie Loader - Red
184
$10.99 prime

#12

Maglula Lula Magazine Speed Loader and Unloader for Kel-Tec PMR-30 / CMR-30 .22WMR...
61
$34.93 prime

#13

IJW Loaders Magazine Loader for Most Double Stack 9mm & .40 S&W | Sig P365, P226 | CZ 75,...
41
$6.99 prime

#14

Smith & Wesson M&P Shield 9mm single-stack magazine loader by Hilljak - Red Stripe
54
$10.99 prime

#15

maglula LU17B Magazine Loader & Unloader, CZ Scorpion Evo-3
130
$28.75 prime

#16

Maglula Ltd. UpLULA Universal Pistol Magazine Loader/Unloader, Fits 9mm-45 ACP UP60
297
$28.60 prime

#17

BLACKPOWDER PRODUCTS INC CVA Powerbelt Speed Clip Loader
4
$8.12

#18

RAEIND Magazine Speedloader for M&P Shield, Springfield XD-S, Ruger LCP, Sig 938, All Colt...
333
$12.98 prime

#19

Up-LULA Beretta Speed Mag Loader - 9 mm to 45 ACP Maglula Uplula HandGun Speed Magazine...
220
$30.44

#20

McFadden Machine Lightnin Grip Loader Adapters
11
$13.95 prime

#21

HKS CA-44 Revolver Speedloader for Charter Arms .44 Spec
276
$9.99 prime

#22

RAEIND Double Stack Magazine Speed Loader for Many calibers Pistol Magazines Including 32...
353
$12.98 prime

#23

McFadden Machine Lightnin Grip Loader 22 Long Rifle Amber Finish
25
$29.95 prime

#24

DOUBLE STACK Magazine loader for many calibers of Pistol Magazines including 32 auto, 9mm…
72
$6.99 prime

#25

Caldwell Universal Pistol Loader with Ergonomic Design, Solid Fit Magazine Setting and Multi…
266
$27.99 prime

#26

PMR-30 CMR-30 Nest Style SpeedLoader
102
$30.00

#27

Smith & Wesson M&P 15-22 Magazine Loader, Hilljak Quickie Loader
87
$12.99 prime

#28

Safariland J-C7 COMP I Speedloader
505
$10.99 prime

#29

Uncle Mikes 50 Round Hot Lips Loader 10/22
543
$25.77 prime

#30

MakerShot Custom Kel-Tec PMR-30 (22 Magnum WMR) Magazine Speedloader
258
$12.99 prime

#31

Butler Creek Universal Lula Black Pistol Loader
474
$34.95 prime

#32

Mag Pal Clip Loader for The Ruger 22 MK I, II, III, IV, and 22/45
323
$8.99 prime

#33

Maglula 441 Uplula HKS Mag Loader - 9 mm to 45 ACP Maglula Uplula Handgun Speed Magazine…
225
$30.44

#34

Universal Speed Mag Loader - 9mm to 45ACP Handgun Pistol Speed Magazine Loader. Loads…
54
$13.99

#35

CP-33 Nest Style SpeedLoader
17

#36

HKS 27-A Revolver Speedloader for S&W 27, 28, Ruger, .357 Redhawk
76
$9.99 prime

#37

Speed Beez Magazine Loader for 9mm PCC Glock Mags 17,18,19
4
$23.95 prime

#38

maglula LU19B Magazine Loader & Unloader, Sig Sauer Mpx 9mm, Black
77
$30.95 prime

#39

RAEIND Magazine Speed Loader for Taurus Handguns Taurus G2C, Taurus G2S, Taurus…
65
$12.98 prime

#40

Hilljak Smith & Wesson M&P 380 Shield EZ Magazine Loader Red
12
$10.99 prime

#41

Thompson Center U-View Flex Loader, 50 Cal., 3 pack
39
2 offers from $21.21

#42

Aenllosi Hard Storage Organizer Case for Maglula UpLULA Magazine Speed Loader/Unloader fits…
39
$9.59 prime

#43

Hilljak Ruger SR22, S&W M&P22, Model 22A, Colt 1911 22LR, Walther P22, PPQ M2, Beretta M9…
118
$10.99 prime

#44

Hilljak Ruger Mark I, II, III, IV, 22/45, S&W Victory, Browning Buck Mark, Beretta U22 Neos 22LR…
88
$9.99 prime

#45

HKS 22-B Caliber 22 Long Rifle Magazine Speedloader for Browning Buck Mark, Challenger…
373
$4.99 prime

#46

Magazine Loader for Smith & Wesson M&P 380 Shield EZ - 2 Pack
15
$9.95 prime

#47

Pack of 2 DOUBLE STACK Magazine loader for many calibers of Pistol Magazines including 32…
31
$9.99 prime

#48

Thompson Center Arms Buttstock Flex Loader
13
$28.84 prime

#49

Hilljak Ruger LCP, Bersa Thunder, Bersa Firestorm, Smith & Wesson 380 Bodyguard .380 Speed…
21
$12.99 prime

#50

QUICK-FILL 22LR Speed Tubes - Speedloader for Tube Fed Rifles - 10 pk
33
$19.99 prime

← Previous page 1 2 Next page →

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Neighbors App Real-Time Crime & Safety Alerts
Subscribe with Amazon Discover & try subscription services
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2019, Amazon.com, Inc. or its affiliates










