IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MAGLULA LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-cv-01570 |
| v. ) | Hon. Liam O'Grady |
| ) | |
| AMAZON.COM, INC and AMAZON.COM ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the parties' pleadings concerning claim construction. After reviewing the pleadings and supplementary material provided by the parties, the Court hereby finds that the following terms shall be interpreted under the corresponding constructions:

- "Coupled"/"joined shall be construed to mean "connected in any way, including directly to form a single part or indirectly."

- "A firearm magazine" shall be construed to mean "one or more firearm magazine." Where the phrase "a firearm magazine" is introduced in the preamble, the preamble is not limiting.

- "Inverted V-shaped [member/configuration] shall be construed to mean "[member/configuration] having two inclined-apart spaced wings coupled together at their top."

- "Alignment member… so as to provide an inverted V-shape" shall be construed to mean "alignment member… having two inclined-apart spaced wings coupled together at their top."

- "Inverted V-shaped member" shall be construed to mean "member having two inclined-apart spaced wings coupled together at their top."

- "Easily" needs no construction and the plain and ordinary meaning shall apply. This term is not indefinite.

1

- "Painlessly" needs no construction and the plain and ordinary meaning shall apply. This term is not indefinite.

- "Finger fatigue" needs no construction and the plain and ordinary meaning shall apply. This term is not indefinite.

- "Align," "aligning," and "aligned" need no construction. The plain and ordinary meaning shall apply.

- "To be clear from" and "clear from over" need no construction. The plain and ordinary meaning shall apply.

The Court further finds that the preambles of the patents are not limiting.

It is **SO ORDERED.**

July 9, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge