**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| MAGLULA, LTD., | |
| Plaintiff, | Civil Action No. 1:19-cv-01570-LO-IDD |
| v. | |
| AMAZON.COM, INC. and AMAZON.COM SERVICES, INC., | |
| Defendants. | |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Maglula Ltd.'s claims in the above-captioned action are dismissed with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  December 3, 2021

*/s/ Justin P.D. Wilcox*

Justin P.D. Wilcox (Virginia Bar No 66067)
John M. Desmarais *(pro hac vice)*
Leslie M. Spencer *(pro hac vice)*
Edward Geist *(pro hac vice)*
John Dao *(pro hac vice)*
Eli Balsam *(pro hac vice)*
**DESMARAIS LLP**
230 Park Avenue
New York, NY  10169
Tel:    (212) 351-3400
Fax:    (212) 351-3401
Email: jwilcox@desmaraisllp.com
          jdesmarais@desmaraisllp.com
          lspencer@desmaraisllp.com
          egeist@desmaraisllp.com
          jdao@desmaraisllp.com
          ebalsam@desmaraisllp.com


*Counsel for Defendants Amazon.com, Inc.*
*and Amazon.com Services LLC*

*/s/ Jeffrey A. Berkowitz*

Jeffrey A. Berkowitz (Virginia Bar No. 65149)
jeffrey.berkowitz@finnegan.com
Jency J. Mathew *(pro hac vice)*
jency.matthew@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
Tel:    (571) 203-2700
Fax:    (571) 408-4400

Gerald F. Ivey *(pro hac vice)*
gerald.ivey@finnegan.com
Danny M. Awdeh *(pro hac vice)*
danny.awdeh@finnegan.com
David K. Mroz (Virginia Bar No. 94011)
david.mroz@finnegan.com
Naresh Kilaru *(pro hac vice)*
naresh.kilaru@finnegan.com
Sonja W. Sahlsten *(pro hac vice)*
sonja.sahlsten@finnegan.com
Zachery D. Olah *(pro hac vice)*
zachery.olah@finnegan.com
Kenneth Guerra (Virginia Bar No. 94779)
kenneth.guerra@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC  20001-4413
Tel:    (202) 408-4000
Fax:    (202) 408-4400

Morgan E. Smith *(pro hac vice)*
morgan.smith@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA  94304
Tel:    (650) 849-6600
Fax:    (650) 849-6666

*Counsel for Plaintiff Maglula, Ltd.*

It is so ORDERED:

Dated: _____     By:_____
                                                                          Honorable Liam O'Grady
                                                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing JOINT

STIPULATION AND ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF

system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ Jeffrey A. Berkowitz
Jeffrey A. Berkowitz (Virginia Bar No. 65149)
jeffrey.berkowitz@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
Telephone:     (571) 203-2700
Facsimile:     (202) 408-4400

*Counsel for Plaintiff Maglula, Ltd.*