AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:19-cv-1570 | **DATE FILED** 12/12/2019 | U.S. District Court for the Eastern District of Virginia, Richmond Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| Maglula, Ltd. | Amazon.com, Inc., and Amazon.com Services, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | Please see attached. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Fernando Galinda | L. Bergamine | 12/6/2021 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**ATTACHMENT TO FORM AO-121 - REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| VA0002084097 | Photograph of UpLULA (with magazine ? one hand open grasp) | Maglula, Ltd. |
| VA0002084096 | Photograph of UpLULA (with magazine ? one hand squeeze) | Maglula, Ltd. |
| VA0002084095 | Photograph of UpLULA (with magazine ? inserting bullet) | Maglula, Ltd. |
| VA0002083361 | Photograph of UpLULA (with magazine against body) | Maglula, Ltd. |
| VA0002084093 | Photograph of UpLULA (with loaded magazine) | Maglula, Ltd. |
| VA0002083359 | Photograph of UpLULA (discharging bullet with hands) | Maglula, Ltd. |
| VA0002146376 | Photograph of UpLULA (with loaded magazine and hand grasp with instructions) | Maglula, Ltd. |
| VA0002083626 | UpLULA back view. | Maglula, Ltd. |
| VA0002083624 | UpLULA top view. | Maglula, Ltd. |
| VA0002083628 | UpLULA bullet engraving. | Maglula, Ltd. |
| VA0002083358 | UpLULA arch. | Maglula, Ltd. |
| VA0002083627 | UpLULA lock. | Maglula, Ltd. |
| VA0002083357 | UpLULA ridged waterfall grip. | Maglula, Ltd. |
| VA0002083625 | UpLULA ridged waterfall grip (2013) | Maglula, Ltd. |
| VA0002083356 | UpLULA beak with reverse bevel. | Maglula, Ltd. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MAGLULA, LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,<br>    Defendants. | Civil Action No. 1:19-cv-01570-LO-IDD |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of Maglula Ltd.'s claims in the above-captioned action are dismissed with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 3, 2021

It is so ORDERED:

Dated: _____Dec 3, 2021_____      By: _____
Honorable Liam O'Grady
United States District Judge